James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.:<br><br><br>**AFFIDAVIT OF VERIFICATION**<br><br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment A̶ is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

Dated this 12 day of February 2016
James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 22 day of February 2016.

_____
NOTARY PUBLIC

HECTOR FERNANDO CORTES
Notary Public – Arizona
Yuma County
My Commission #328333
Expires December 10, 2017

1

| Name | | Status | | | |
|---|---|---|---|---|---|
| Colony Assault | | Released | 03 Jun 2014 | 11 Feb 2016 | 13 Oct 2015 |
| Shock Cave | | Released | 30 Jun 2015 | 15 Oct 2015 | 13 Oct 2015 |
| Assault On Doom 7 | | Removed | 08 Sep 2015 | | 13 Oct 2015 |
| Bombing Raid: Heavy Fire | | Removed | 08 Sep 2015 | | 13 Oct 2015 |
| Coastal Combat | | Removed | 23 Sep 2015 | | 13 Oct 2015 |
| Diggers A Mine | | Removed | 12 Oct 2015 | | 13 Oct 2015 |
| E.L.T The Extra Long Texture | | Removed | 22 Sep 2015 | | 13 Oct 2015 |
| Gemineta Journey | | Removed | 03 Sep 2016 | | 13 Oct 2015 |
| Hunt Train Attack | | Removed | 23 Sep 2015 | | 13 Oct 2015 |
| HMS - Mini Attack Submarine | | Removed | 08 Sep 2015 | | 13 Oct 2015 |
| Operation War Strike | | Removed | 11 Oct 2015 | | 13 Oct 2015 |
| Rock & Hop | | Removed | 08 Oct 2015 | | 13 Oct 2015 |
| Poison Gulf | | Removed | | | 13 Oct 2015 |
| Freight Thomeos | | Removed | 10 Oct 2015 | | 13 Oct 2015 |
| Starship: Nova Strike | | Removed | 01 Sep 2015 | | 13 Oct 2015 |

Attachment A

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.:<br><br><br>**AFFIDAVIT OF VERIFICATION**<br><br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment $B$ is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

Dated this 22 day  of February 2016
James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 22 day of February 2016.

NOTARY PUBLIC



HECTOR FERNANDO CORTES
Notary Public – Arizona
Yuma County
My Commission #328333
Expires December 10, 2017



shutterstock

# THANK YOU!
Your payment has been received.

You now have download access across our entire collection of photos, vectors, illustrations, and more.

**Date of Purchase:**                         7/18/2015

**Order summary:**

30-day Subscription, Standard License with 350 Downloads per Month, $169.00

**Billed to:**

robert romine
Payment Method: Credit Card
Credit Card ending in: 8505
12494 ironwood dr.
yuma, AZ 85367
United States

**Total:**        $169.00

Your credit card will be charged from
"SHUTTERSTOCK.COM"

Have questions or need assistance? We can help! Get in
touch with us at (646) 419-4452 or send us a note.

## Get more from Shutterstock

Receive design tips, inspiration, and special offers via email —

8 of 6,060

Attachment B



James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR. <br><br> Plaintiff <br><br> v. <br><br> JAMES NICHOLAS STANTON <br><br> Defendant | Case No.: <br><br><br> **AFFIDAVIT OF VERIFICATION** <br><br> TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment _C_ is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

Dated this 12 day  of February 2016
James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 22nd day of February 2016.

NOTARY PUBLIC

HECTOR FERNANDO CORTES
Notary Public - Arizona
Yuma County
My Commission #328333
Expires December 10, 2017



243166309
9/2/15
Standard License



168439157
9/3/15
Standard License



242774797
9/4/15
Standard License



168852164
9/4/15
Standard License

Attachment C

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.:<br><br><br>**AFFIDAVIT OF VERIFICATION**<br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment _D_ is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

Dated this 22 day  of February 2016
James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 22 day of February 2016.

NOTARY PUBLIC

HECTOR FERNANDO CORTES
Notary Public - Arizona
Yuma County
My Commission #328333
Expires December 10, 2017

You can watch video footage of *Devil's Share* and *Galactic Hitman* by clicking those prior links – they carry all the classic hallmarks of a Digital Homicide production. The assets are all store-bought, they're both hideous to look at, interactively generic, unfinished, and broken in some significant way. The only difference is the rebranding of the developer – surely a response to the fact that James and Robert Romino know their prior company's name is mud on Steam these days.

It's also worth noting that *Galactic Hitman*'s artwork has been taken from elsewhere, just like the initial art for *The Slaughtering Grounds* was. You can see the original imagery here, which Faker-ECC may have purchased from Shutterstock. Does DH even *have* a single artist?

[**Note:** Initially I suggested Digital Homicide just took the image from a Deviantart artist without permission, not knowing it was also sold on Shutterstock. The text has been edited to reflect this.]

Attachment D

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.:<br><br><br>**AFFIDAVIT OF VERIFICATION**<br><br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment _E_ is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

Dated this 22 day of February 2016
James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before me this 22nd day of February 2016.

NOTARY PUBLIC

HECTOR FERNANDO CORTES
Notary Public - Arizona
Yuma County
My Commission #328333
Expires December 10, 2017



James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.:<br><br><br>**AFFIDAVIT OF VERIFICATION**<br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment  F  is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

Dated this 22 day  of February 2016
James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 22 day of February 2016.

NOTARY PUBLIC

HECTOR FERNANDO CORTES
Notary Public - Arizona
Yuma County
My Commission #328333
Expires December 10, 2017



When you can name yourself literally *anything* on Steam, it's impossible to know who is a legitimate developer and who isn't, as we've seen with the case of Faker-ECC. Apparently you don't need to prove your company's legitimacy or even *existence*, since it's all based on usernames. Here, we've seen it lead to potential legal trouble for the folks who rebranded and accidentally defamed a completely different studio.

Attachment F

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR. <br><br> Plaintiff <br><br> **v.** <br><br> JAMES NICHOLAS STANTON <br><br> Defendant | Case No.: <br><br><br> **AFFIDAVIT OF VERIFICATION** <br><br> TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment __6__ is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.


Dated this 12 day  of February 2016
James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 22ⁿᵈ day of February 2016.


NOTARY PUBLIC

HECTOR FERNANDO CORTES
Notary Public - Arizona
Yuma County
My Commission #328333
Expires December 10, 2017



Attachment G

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR. <br><br> Plaintiff <br><br> v. <br><br> JAMES NICHOLAS STANTON <br><br> Defendant | Case No.: <br><br><br> **AFFIDAVIT OF VERIFICATION** <br><br> TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment H̶ is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

Dated this 22 day of February 2016
James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 22nd day of February 2016.

NOTARY PUBLIC

HECTOR FERNANDO CORTES
Notary Public - Arizona
Yuma County
My Commission #328333
Expires December 10, 2017

## ADDRESS

ECC GAMES Sp. z O.O.
NIP / VAT: PL5252599944
REGON: 147481416
KRS: 0000540727
Wysokość kapitału
zakładowego 800000,00 ZL

**Office:**
ul. Mierosławskiego 23
01-567 Warsaw
POLAND

## BUSINESS

For business related enquiries
please contact:
**b2b@eccgames.com**

## PRESS

For press related enquiries
please contact:
**press@eccgames.com**

## CUSTOMER SUPPORT

If you experience a problem
with downloading, installing,
buying or using our products or
services please contact:
**support@eccgames.com**

Eccentricity

eCGAMES®

Copyright 2010-2014 eccentricity Piotr Woźniak. All Rights Reserved.
All names, characters, images and logos on this site are protected by trademark, copyright and other rights.
Eccgames.com best mobile games!

Attachment H

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com


# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.:<br><br><br>**AFFIDAVIT OF VERIFICATION**<br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment _I_ is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

Dated this 22 day  of February 2016
James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, Arizona 85367


Sworn to and subscribed before
me this 22 day of February 2016.


NOTARY PUBLIC

HECTOR FERNANDO CORTES
Notary Public - Arizona
Yuma County
My Commission #328333
Expires December 10, 2017

When you can name yourself literally *anything* on Steam, it's impossible to know who is a legitimate developer and who isn't, as we've seen with the case of Faker-ECC. Apparently you don't need to prove your company's legitimacy or even *existence*, since it's all based on usernames. Here, we've seen it lead to potential legal trouble for the folks who rebranded and accidentally defamed a completely different studio.

Someone on Twitter asked me how they "got away" with calling themselves ECC Games. The fact is, they didn't have to "get away" with anything, at least not as far as Steam is concerned. Once again, Valve's lack of oversight makes it easy to just call yourself ECC Games, regardless of who is *actually* allowed to trade under that name.

Digital Homicide's official channels have maintained radio silence for months, seeming to operate solely through these sockpuppet companies. Being as sly as the Wet Bandits, however, it hasn't taken long for the Internet to dig up their latest sleazy shenanigans.

At some point, this "studio" is going to have to realize it is neither talented enough to become a producer of good games, nor clever enough to trick us into believing it is.

That's not going to happen today though, and its recent chicanery may lead it into very real legal trouble.

Attachment I

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.:<br><br><br>**AFFIDAVIT OF VERIFICATION**<br><br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment $K$ is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

Dated this 22 day of February 2016
James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 22nd day of February 2016.

NOTARY PUBLIC

HECTOR FERNANDO CORTES
Notary Public - Arizona
Yuma County
My Commission #328333
Expires December 10, 2017



WIPO Global Brand Datab... ×

www.wipo.int/branddb/en/

## OHIM Trademark

010470639 - Rolf in the hole
Status: Registered (2012-10-08)

(151) Date of the registration
2012-10-25

(210) Serial number of the application
010470639

(220) Date of filing of the application
2011-12-05

(270) Language of the application
pl

(180) Expected expiration date of the registration
2021-12-05

(541) Reproduction of the mark where the mark is represented in standard characters
Rolf in the hole

(550) Indication relating to the nature or kind of mark
Individual

(559) Indication relating to the nature or kind of mark
Word

(731) Name and address of the applicant
Piotr Majchrzak
Izabelin - Truskaw (05-080) PL

(740) Name and address of the representative
JARZYNKA I WSPÓLNICY KANCELARIA PRAWNO-PATENTOWA
Warszawa (00-155) PL

(521) Indication of the object that the mark has acquired distinctiveness through use in those
base

(511) The International Classification of Goods and Services for the Purposes of the Registration of Marks (Nice Classification) and the list of goods and services classified according thereto

9   Scientific, medical, surveying, photographic, cinematographic, optical, weighing, measuring, signalling, checking (supervision), life-saving and teaching apparatus and instruments; Apparatus and instruments for conducting, switching, transforming, accumulating, regulating or controlling electricity; Apparatus for recording, transmission or reproduction of sound or images; Magnetic data carriers, recording discs; Automatic vending machines and mechanisms for coin-operated apparatus; Cash registers, calculating machines, data processing equipment and computers; Fire-extinguishing apparatus; Recorded computer software; computer game programs, computer programs (downloadable software), recorded computer programs; magnetic data media

28   Games and playthings; Gymnastic and sporting articles not included in other classes; Decorations for Christmas trees;Games and playthings; gymnastic and sporting articles not included in other classes, play balloons, swimming pools (play articles), explosive bonbons (Christmas crackers), skateboards, playing cards, counters for games, dolls, kites, puppets, toy masks, teddy bears, plush toys, puzzles, marbles (toys), board games

41   Education; Providing of training; Entertainment; Sporting and cultural activities;Games services provided online (via computer networks), arranging competitions (education or entertainment)

## OHIM Trademark

Attachment K

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.:<br><br><br>**AFFIDAVIT OF VERIFICATION**<br><br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment $M$ is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

Dated this 12 day  of February 2016
James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 22nd day of February 2016.

NOTARY PUBLIC

HECTOR FERNANDO CORTES
Notary Public - Arizona
Yuma County
My Commission #328333
Expires December 10, 2017

status/647005008819437568



James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.:<br><br><br>**AFFIDAVIT OF VERIFICATION**<br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment _N_ is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

Dated this 12 day  of February 2016
James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 22nd day of February 2016.

NOTARY PUBLIC

HECTOR FERNANDO CORTES
Notary Public - Arizona
Yuma County
My Commission #328333
Expires December 10, 2017



Attachment N

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.:<br><br><br>**AFFIDAVIT OF VERIFICATION**<br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment ⓞ is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

Dated this 22 day  of February 2016
James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 22th day of February 2016.

NOTARY PUBLIC



HECTOR FERNANDO CORTES
Notary Public - Arizona
Yuma County
My Commission #328333
Expires December 10, 2017



**Jim Sterling**
@JimSterling

Follow

Jesus Christ, I just got an email from ECC Games saying they're NOT the ECC Games Digital Homicide named itself after. This is weeeeird.

RETWEETS 26    LIKES 161

4:08 AM - 24 Sep 2015

---

**Franklin J Gomes** @FranklinJGomes · 24 Sep 2015
@JimSterling Next thing is DH publishing games under the name Konami

2

---

**Jake** @Nafkarauke · 24 Sep 2015
@JimSterling so, they're either lying or Digital Homicide decided to disguise(?) themselves in plain sight

2

---

**Kanthes** @MrKanthes · 24 Sep 2015
@JimSterling So there's 2 ECC Games? Legit ECC and Digital Homicide ECC?

---

**Decentsauce** @Decentsauce · 24 Sep 2015
@JimSterling Wait... So they blame you for giving them a bad name but don't care if they try to ruin someone else's reputation?

---

**Garrett Mullikin** @Themusicalman79 · 24 Sep 2015
@JimSterling Well. That can't be good.

---

**Michael Hanley** @MichaelHanley16 · 24 Sep 2015
@JimSterling so your saying digital homicide is not just doing unity asset store

Attachment O

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.:<br><br><br>**AFFIDAVIT OF VERIFICATION**<br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment ___ is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

Dated this 22 day of February 2016
James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 22nd day of February 2016.

NOTARY PUBLIC

HECTOR FERNANDO CORTES
Notary Public - Arizona
Yuma County
My Commission #328333
Expires December 10, 2017



Attachment Q

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.:<br><br><br>**AFFIDAVIT OF VERIFICATION**<br><br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment $\mathcal{R}$ is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

Dated this 22 day of February 2016
James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 22nd day of February 2016.

NOTARY PUBLIC

HECTOR FERNANDO CORTES
Notary Public - Arizona
Yuma County
My Commission #328333
Expires December 10, 2017



Do you think UN regulation of the internet is really a bad thing? Given how poorly many countries handle their legal systems over the internet (particularly America), wouldn't it be a benefit if they just revised the agreement?

The UN thing is so amazingly overblown. It will not "censor the internet" and the things I've read about Anita Sarkeesian having the power to get people arrested is unbelievably delusional. I think it's a good thing that the UN is looking into tackling online abuse and harassment, and I'd say the same thing of Google's recent efforts too. The only people who have anything to be afraid of these are, well, abusers and harassers.

Anybody likening it to SOPA and PIPA are being ludicrous, and showcasing their complete lack of aptitude for the politics they repeatedly dabble in while claiming they hate politics being involved in everything.

2 days ago                                                                                          6 people like this

Jim, why do you feel it was necessary to out ECC games as Digital Homicide? It's clear that with the new identity, these guys wanted to start anew and leave the past behind. They can still be criticized, sure, but I think it's spiteful to bring their past reputation into it if it's not relevant.

Yeah it was, because Digital Homicide is more than just a bad developer. It's had a history of shady and dishonest behavior. behavior if was continuing under its new name. The very fact it was damaging the reputation of another company entirely is bad enough, to say nothing of its continued efforts to push games through Greenlight via unscrupulous means.

I will not deny the pleasure I take in sticking it to them, but their name is mud for a reason, and people deserve to know who's really selling them products

2 days ago                                                                                          9 people like this

Were you going to share the reason why Mico tech's take down failed? I read that on twitter earlier and haven't found any follow-up.

I will, yes, but currently it's not something I can share. I'm champing at the bit to talk about it, and will do as soon as I can. It's potentialy Jimquisition material, to boot.

2 days ago                                                                                          1 person likes this

Considering the decision by Ubisoft to include a trans person in the new AC, I'm guessing the new Jimquisition is going to be talking about representation of social and ethnic groups in video games, am I close? (I assume ethnic groups because of the picture of Vaas)

It is more distinctly tied to Vaas and similar things.

2 days ago                                                                                          2 people like this

Isn't it funny how some people can't comprehend that a male might be interested in female rights so they have to come up with a "his wife[s] makes him say that!!!" story just to prevent their narrow minds from exploding? Good thing none of that is real.

Step 1: Find a woman to blame.

Step 2: Dribble.

2 days ago                                                                                          4 people like this

not a question but in response to the question about nitpick theater and audience enjoying it.

Attachment R



James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR. | Case No.: |
| Plaintiff | |
| v. | **AFFIDAVIT OF VERIFICATION** |
| JAMES NICHOLAS STANTON | |
| Defendant | TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment _U_ is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

Dated this 12 day of February 2016
James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 22nd day of February 2016.

NOTARY PUBLIC

HECTOR FERNANDO CORTES
Notary Public - Arizona
Yuma County
My Commission #328333
Expires December 10, 2017

1



Attachment U

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR. <br><br> Plaintiff <br><br> **v.** <br><br> JAMES NICHOLAS STANTON <br><br> Defendant | Case No.: <br><br><br> **AFFIDAVIT OF VERIFICATION** <br><br><br> TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment __V__ is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

Dated this 22 day  of February 2016
James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 22 day of February 2016.

NOTARY PUBLIC

HECTOR FERNANDO CORTES
Notary Public - Arizona
Yuma County
My Commission #328333
Expires December 10, 2017

Attachment V

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>**v.**<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.:<br><br><br>**AFFIDAVIT OF VERIFICATION**<br><br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment Z is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

Dated this 22 day of February 2016
James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 22 day of February 2016.

NOTARY PUBLIC

HECTOR FERNANDO CORTES
Notary Public - Arizona
Yuma County
My Commission #328333
Expires December 10, 2017

1



Defamation and 10
products and two
packs lost

The 3 White arrows express the addition of products to submission stage by Every Click Counts and The Plaintiff's other Trade Names. This is initial standard product staging before being incorporated.

The Grey Arrow indicates the loss of these products and advertising efforts.

Attachment Z