# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| Plaintiff(s): James Oliver Romine Jr., Pro Se Litigant | Defendant(s): James Nicholas Stanton, Game Journalist |
| County of Residence: Yuma | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Yuma | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |

**IFP REQUESTED**

II. Basis of Jurisdiction: **4. Diversity (complete item III)**

III. Citizenship of Principal Parties (Diversity Cases Only)
  Plaintiff:- **1 Citizen of This State**
  Defendant:- **2 Citizen of Another State**

IV. Origin : **1. Original Proceeding**

V. Nature of Suit: **320 Assault, Libel & Slander**

VI. Cause of Action: **28 U.S. Code § 4101 Section (1)- Libel property damage in excess of $2 million. US code. 28 U.S. Code § 1332 with International Shoe Co. v. Washington, 326 U.S. 310 (1945) case precedence of minimum contact requirement met.**

VII. Requested in Complaint
  Class Action: **No**
  Dollar Demand: **$2,636,000**
  Jury Demand: **No**

VIII. This case **is not related** to another case.

Signature:  Pro Se Litigant James Oliver Romine Jr.

Date:  2-16-2016

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014