AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 2 8 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

James Oliver Romine Jr.

*Plaintiff(s)*

v.

James Nicholas Stanton

*Defendant(s)*

Civil Action No. CV-16-00604-PHX-JJT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* James Nicholas Stanton
1004 Riverchase North Dr.
Brandon, Mississippi 39047

RECEIVED
MAR 11 2016
RANKIN CO. SHERIFF DEPT.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James Oliver Romine Jr.
12494 Ironwood Dr
Yuma, Arizona 85367

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**BRIAN D. KARTH**
*CLERK OF COURT*

Date: 3/4/16 ~~02/16/2016~~

*Signature of Clerk or Deputy Clerk*

Attachment 4

03-15

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____James Nicolas Stanton_____

was received by me on *(date)* __03-15-16__ .

☑ I personally served the summons on the individual at *(place)* __Residence 1004 Riverchase North Dr__ on *(date)* __03-15-16__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

_____Mark Bishop_____
Server's signature

__Mark Bishop - Deputy Sheriff (Rankin Co. MS)__
Printed name and title

RECEIVED
MAR 11 2016
RANKIN CO. SHERIFF DEPT.

RANKIN COUNTY SHERIFF DEPT.
221 NORTH TIMBER ST.
BRANDON, MS 39042

Additional information regarding attempted service, etc: