**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Oliver Romine Jr.,<br><br>Plaintiff,<br><br>vs.<br><br>James Nicholas Stanton,<br><br>Defendant. | No. 2:16-cv-00604-JJT<br><br>**ORDER** |

The Court, having considered *Defendant's Motion For Extension of Time to Answer or Otherwise Respond to the Complaint* [Doc. 6], and good cause appearing therefor:

IT IS HEREBY ORDERED granting the requested extension to and including May 5, 2016.