Bradley P. Hartman (#017263)
John D. Titus (#012912)
**HARTMAN TITUS** PLC
7114 E. Stetson Drive, Suite 205
Scottsdale, AZ  85251-3250
Phone: (480) 659-0019
Fax: (480) 659-3304
Email: bhartman@hartmantitus.com
       jtitus@hartmantitus.com
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| James Oliver Romine Jr., | No. 2:16-cv-00604-JJT |
|---|---|
| Plaintiff, | |
| vs. | **CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |
| James Nicholas Stanton, | |
| Defendant. | **(First Request)** |

On April 1, 2016, Defendant James Nicholas Stanton file a motion requesting a 30-day extension on the deadline to answer or otherwise respond to the Complaint, up to and including May 5, 2016.  Before filing the Motion undersigned counsel reached out to Plaintiff to determine Plaintiff's position on the motion, but did not reach him before fling.  Today undersigned counsel spoke with Plaintiff and Plaintiff gave his consent to the 30-day extension.

An amended proposed form or order granting this request is submitted herewith.

RESPECTFULLY SUBMITTED this 4th day of April, 2016.

**HARTMAN TITUS PLC**

By:  /s/Bradley P. Hartman
   Bradley P. Hartman
   7114 E. Stetson Drive, Suite 205
   Scottsdale, Arizona 85251-3250
   Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2016, I caused the foregoing document to be filed electronically with the Clerk of Court through CM/ECF System for filing and transmittal of Notice to the following CM/ECF registrant:

James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, AZ 85367
jromine2445@gmail.com
*Plaintiff*


/s/ Bradley P. Hartman
_____

-2-