# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Oliver Romine Jr., | No. 2:16-cv-00604-JJT |
| Plaintiff, | |
| vs. | **ORDER** |
| James Nicholas Stanton, | |
| Defendant. | |

The Court, having considered *Defendant's Consent Motion For Extension of Time to Answer or Otherwise Respond to the Complaint* [Doc. 6], and good cause appearing therefor:

IT IS HEREBY ORDERED granting the requested extension to and including May 5, 2016.