NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Oliver Romine, | No. CV-16-00604-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| James Nicholas Stanton, | |
| Defendant. | |

At issue is the Consent Motion for Extension of Time to Answer or Otherwise Respond to the Complaint (Doc. 7). Upon review of the record and the agreement of the parties,

IT IS ORDERED granting the Consent Motion for Extension of Time to Answer or Otherwise Respond to the Complaint (Doc. 7). Defendant Stanton shall have until 30 days after the date of this Order to answer or otherwise respond to the Complaint.

IT IS FURTHER ORDERED denying Defendant's Motion for Extension of Time to File Answer (Doc. 6) as moot.

Dated this 5th day of April, 2016.

Honorable John J. Tuchi
United States District Judge