James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR. <br><br> Plaintiff <br><br> v. <br><br> JAMES NICHOLAS STANTON <br><br> Defendant | Case No.: 2:16-cv-00604-JJT <br><br><br> **AFFIDAVIT OF** <br> **VERIFICATION** <br><br><br> TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment A is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED  this 26 day of April 2016

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 26 day of April 2016.

NOTARY PUBLIC

Evelyn Garcia
Notary Public
Yuma County, Arizona
My Comm. Expires 10-08-16

| Title | Status | | | |
|---|---|---|---|---|
| Colony Assault | Released | 01 Jun 2014 | 1 Feb 2016 | 13 Oct 2015 |
| Share\ | Released | 31 Jul 2015 | 16 Oct 2017 | 13 Oct 2015 |
| Assault On Orion 7 | Removed | 09 Sep 2015 | | 13 Oct 2015 |
| Bombship (Run Heavy Fire) | Removed | 09 Sep 2015 | | 13 Oct 2015 |
| Coastal Damage | Removed | 23 Sep 2015 | | 13 Oct 2015 |
| Dragon's War | Removed | 10 Oct 2015 | | 13 Oct 2015 |
| E.L.T. (The Extra Large Testlot) | Removed | 23 Sep 2015 | | 13 Oct 2015 |
| Gimmetrics Journey | Removed | 09 Sep 2015 | | 13 Oct 2015 |
| Hover Tank Attack | Removed | 23 Sep 2015 | | 13 Oct 2015 |
| M.A.S. (Mini Attack Submarine) | Removed | 09 Sep 2015 | | 13 Oct 2015 |
| Operation: No Strike | Removed | 11 Oct 2015 | | 13 Oct 2015 |
| Fitness Hold | Removed | 05 Oct 2015 | | 13 Oct 2015 |
| Potion Girl | Removed | 10 Oct 2015 | | 13 Oct 2015 |
| Project Thisurossos | Removed | 01 Sep 2015 | | 13 Oct 2015 |
| Starship (Nova Strike) | Removed | | | |

Attachment A

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br><br>**AFFIDAVIT OF VERIFICATION**<br><br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment B is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED  this 26th day of April 2016

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before me this 26 day of April 2016.

NOTARY PUBLIC

Evelyn Garcia
Notary Public
Yuma County, Arizona
My Comm. Expires 10-08-16

You can watch video footage of *Devil's Share* and *Galactic Hitman* by clicking those prior links – they carry all the classic hallmarks of a Digital Homicide production. The assets are all store-bought, they're both hideous to look at, interactively generic, unfinished, and broken in some significant way. The only difference is the rebranding of the developer – surely a response to the fact that James and Robert Romino know their prior company's name is mud on Steam these days.

It's also worth noting that *Galactic Hitman's* artwork has been taken from elsewhere, just like the initial art for *The Slaughtering Grounds* was. You can see the original imagery here, which Faker-ECC may have purchased from Shutterstock. Does DH even *have* a single artist?

[**Note:** Initially I suggested Digital Homicide just took the image from a Deviantart artist without permission, not knowing it was also sold on Shutterstock. The text has been edited to reflect this.]

Attachment B

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br><br>**AFFIDAVIT OF<br>VERIFICATION**<br><br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment C is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED  this 26 day of April 2016

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 26 day of April 2016.

NOTARY PUBLIC

Evelyn Garcia
Notary Public
Yuma County, Arizona
My Comm. Expires 10-08-16

# shutterst·ck

## THANK YOU!
Your payment has been received.

You now have download access across our entire collection of photos, vectors, illustrations, and more.

**Date of Purchase:** 7/18/2015

**Order summary:**

30-day Subscription. Standard License with 350 Downloads per Month $169.00

**Billed to:**

robert romine
Payment Method: Credit Card
Credit Card ending in: 8806
12494 ironwood dr
yuma, AZ 85367
United States

**Total:** $169.00

Your credit card will be charged from SHUTTERSTOCK.COM*

Have questions or need assistance? We can help! Get in touch with us at (646) 419-4452 or send us a note.

## Get more from Shutterstock

Receive design tips, inspiration, and special offers via email —

Attachment C

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br>**AFFIDAVIT OF VERIFICATION**<br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment D is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED  this 26 day of April 2016

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 26 day of April 2016.

NOTARY PUBLIC

Evelyn Garcia
Notary Public
Yuma County, Arizona
My Comm. Expires 10-08-16



Standard License
9/4/15
16852164

Standard License
9/4/15
24274797

Standard License
9/3/15
16843157

Standard License
9/2/15
243166309

Attachment D

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br>**AFFIDAVIT OF VERIFICATION**<br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment E is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED  this 26 day of April 2016

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 26 day of April 2016.

NOTARY PUBLIC

Evelyn Garcia
Notary Public
Yuma County, Arizona
My Comm. Expires 10-08-16



Attachment E

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br><br>**AFFIDAVIT OF VERIFICATION**<br><br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment F is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED  this 26 day of April 2016

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 26 day of April 2016.

NOTARY PUBLIC

Evelyn Garcia
Notary Public
Yuma County, Arizona
My Comm. Expires 10-08-16

When you can name yourself literally *anything* on Steam, it's impossible to know who is a legitimate developer and who isn't, as we've seen with the case of Faker-ECC. Apparently you don't need to prove your company's legitimacy or even *existence*, since it's all based on usernames. Here, we've seen it lead to potential legal trouble for the folks who rebranded and accidentally defamed a completely different studio.

Attachment F

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR. <br><br> Plaintiff <br><br> v. <br><br> JAMES NICHOLAS STANTON <br><br> Defendant | Case No.: 2:16-cv-00604-JJT <br><br><br> **AFFIDAVIT OF** <br> **VERIFICATION** <br><br><br> TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment G is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED  this 26th day of April 2016

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 26 day of April 2016.

NOTARY PUBLIC

Evelyn Garcia
Notary Public
Yuma County, Arizona
My Comm. Expires 10-08-16



Attachment G

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br>**AFFIDAVIT OF VERIFICATION**<br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment H is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED  this 26 day of April 2016

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 26 day of April 2016.

NOTARY PUBLIC

Evelyn Garcia
Notary Public
Yuma County, Arizona
My Comm. Expires 10-08-16

| Business Name | ID Number | City | Type | Date |
|---|---|---|---|---|
| ECD TRUCKING INC | 0100653009 | | DP | 5/11/2006 |
| EDCI UNLIMITED MARKETING LLC | 0450048561 | WYCKOFF | LLC | 2/4/2016 |
| EDD JOLT LLC | 0400317435 | TETERBORO | FLC | 10/20/2010 |
| EDDA CLARK-OLSEN, LLC | 0600238971 | WOODCLIFF LAKE | LLC | 1/27/2006 |
| EDDA MACHINE & WIRE CORP | 3501454003 | | LLC | 5/23/1956 |
| EDDA DESIGNS LLC | 0400179096 | NORTHFIELD | LLC | 4/5/2007 |
| EDDE CONSULTANTS LLC | 0450049155 | FLORHAM PARK | LLC | 1/19/2016 |
| EDDE HOMO CHURCH ASSOCIATION | 0100141297 | | NP | 5/29/1891 |
| EDDE PARIS INC | 0100907255 | EAST BRUNSWICK | FR | 2/27/1997 |
| EDDEL BOARD SUPPLY LLC | 0100510533 | | DP | 3/19/1992 |
| EDDELENZA, INC. | 0100510333 | | DP | 3/19/1992 |
| EDDELSSA MINISTRIES INTERNATIONAL INC | 0100641630 | | NP | 9/23/1995 |
| EDDELLA SUPPLY CHAIN SOLUTIONS LLC | 0400311071 | | LLC | 10/12/2009 |
| EDDELLENT CORPORATION | 0400147781 | RUNNEMEDE | DP | 10/23/2005 |
| EDDENDO LLC | 0450001062 | WAYNE | LLC | 7/17/2015 |
| EDDENDO LLP | 0400754517 | WAYNE | LLP | 6/2/1825 |
| EDDENTRIC CLUB OF ORANGE, NEW JERSEY | 0900016658 | | NP | 6/2/1825 |
| EDDENTRIC CORPORATION | 0100028043 | LAURENCE HARBOR | DP | 9/15/2000 |
| EDDENTRIC ENDEAVORS INC | 0100512001 | NORTH BRUNSWICK | NP | 8/15/2012 |
| EDDENTRIC LAYOUTS LLC | 0400280404 | HAMMONTON | LLC | 6/3/2009 |
| EDDENTRIC LIMO INC | 0400212869 | GARFIELD | LLC | 1/17/2006 |
| EDDENTRIC LIMOUSINE INC | 0100341825 | LODI | DP | 10/17/1999 |
| EDDENTRIC MARKETING CONCEPTS LIMITED LIABILITY COMPANY | 0400327909 | | LLC | 1/10/2014 |
| EDDENTRIC NAIL NEW JERSEY LP | 0600162642 | PLAINFIELD | LP | 2/24/2003 |
| EDDENTRIC PROPERTIES CORPORATION | 0100470765 | CLIFFSIDE PARK | DP | 12/21/1990 |
| EDDENTRIC FILM PS LLC | 0100559919 | CHESTER | LLC | 4/30/2004 |
| EDDENTRIC SERVICES INCORPORATED | 0400251740 | JERSEY CITY | DP | 9/27/2006 |
| EDDENTRIC FASHION LIMITED LIABILITY COMPANY | 0400567259 | WEEHAWKEN | LLC | 6/5/2014 |
| EDDOGGROUP LLC | 0600209705 | JERSEY CITY | LLC | 6/29/2004 |
| EDDHIN LLC | 0400558101 | CLARK | LLC | 6/18/2010 |
| EDDI AUTO DETAILING LIMITED LIABILITY COMPANY | 0400234016 | RANDOLPH | LLC | 6/4/2008 |
| EDDX LLC | 0450007568 | CAPE MAY | LLC | 12/18/2015 |
| EDDL ASSOCIATES, INC. | 0100177117 | ANNANDALE | DP | 9/23/1982 |
| EDDLENET, INC. | 0100221573 | | DP | 3/21/1984 |
| EDDLES ENTERPRISES LLC | 0600456514 | | LLC | 11/1/2013 |

Attachment H

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br>**AFFIDAVIT OF VERIFICATION**<br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment I is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED  this 26 day of April 2016

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 26 day of April 2016.

NOTARY PUBLIC

Evelyn Garcia
Notary Public
Yuma County, Arizona
My Comm. Expires 10-08-16

When you can name yourself literally *anything* on Steam, it's impossible to know who is a legitimate developer and who isn't, as we've seen with the case of Faker-ECC. Apparently you don't need to prove your company's legitimacy or even *existence*, since it's all based on usernames. Here, we've seen it lead to potential legal trouble for the folks who rebranded and accidentally defamed a completely different studio.

Someone on Twitter asked me how they "got away" with calling themselves ECC Games. The fact is, they didn't have to "get away" with anything, at least not as far as Steam is concerned. Once again, Valve's lack of oversight makes it easy to just call yourself ECC Games, regardless of who is *actually* allowed to trade under that name.

Digital Homicide's official channels have maintained radio silence for months, seeming to operate solely through these sockpuppet companies. Being as sly as the Wet Bandits, however, it hasn't taken long for the Internet to dig up their latest sleazy shenanigans.

At some point, this "studio" is going to have to realize it is neither talented enough to become a producer of good games, nor clever enough to trick us into believing it is.

That's not going to happen today though, and its recent chicanery may lead it into very real legal trouble.

Attachment I

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br>**AFFIDAVIT OF VERIFICATION**<br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment J is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED  this 26 day of April 2016

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 2  day of April 2016.

NOTARY PUBLIC

Evelyn Garcia
Notary Public
Yuma County, Arizona
My Comm. Expires 10-08-16

**NEW TO GREENLIGHT**

Anyway, it's time to get to the really juicy part. Remember when I said that *Devil's Share* and *Galactic Hitman* were published under the name ECC Games? Well, there actually *is* an ECC Games, and it sure as shit wasn't the company uploading crap games to Steam.

A Polish mobile game company by the name of ECC Games reached out to me via email explaining it has absolutely no link to Digital Homicide, and its claim most certainly seems to check out. Its own website features a whole host of mobile games, along with a full-fledged team of Polish developers. It also has a Twitter account which, prior to now, has no history of mentioning either *Devil's Share* nor *Galactic Hitman*.

"We would like to inform that we are not designers nor producers of *Galaxy Hitman* nor *Devils Share*, games that have been published on Steam," said ECC producer Dorota Muzynska. "We probably fell victim to a people previously known as Digital Homicide. We have already taken legal actions aimed at ceasing infringement of ECC GAMES rights."

Attachment J

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br><br>**AFFIDAVIT OF<br>VERIFICATION**<br><br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment K is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED  this 26 day of April 2016

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 26 day of April 2016.

NOTARY PUBLIC

Evelyn Garcia
Notary Public
Yuma County, Arizona
My Comm. Expires 10-08-16



Attachment K

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br>**AFFIDAVIT OF VERIFICATION**<br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment L is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED  this 26 day of April 2016

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 26 day of April 2016.

NOTARY PUBLIC

Evelyn Garcia
Notary Public
Yuma County, Arizona
My Comm. Expires 10-08-16

## ADDRESS

ECC GAMES Sp. z O.O.
NIP / VAT: PL5252599944
REGON: 147481416
KRS: 0000540727
Wysokość kapitału
zakładowego 800000,00 Zł

Office:
ul. Mierosławskiego 23
01-567 Warsaw
POLAND

## BUSINESS

For business related enquiries
please contact:
b2b@eccgames.com

## PRESS

For press related enquiries
please contact:
press@eccgames.com

## CUSTOMER SUPPORT

If you experience a problem
with downloading, installing,
buying or using our products or
services please contact:
support@eccgames.com



Eccentricity

Attachment L

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br>**AFFIDAVIT OF VERIFICATION**<br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment M is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED  this 26 day of April 2016

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 2ᵗʰ day of April 2016.

NOTARY PUBLIC

Evelyn Garcia
Notary Public
Yuma County, Arizona
My Comm. Expires 10-08-16



Attachment M

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br><br>**AFFIDAVIT OF**<br>**VERIFICATION**<br><br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment N is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED  this 26 day of April 2016

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367


Sworn to and subscribed before
me this 26 day of April 2016.

NOTARY PUBLIC

Evelyn Garcia
Notary Public
Yuma County, Arizona
My Comm. Expires 10-08-16



Attachment N

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br><br>**AFFIDAVIT OF VERIFICATION**<br><br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment O is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED  this 26 day of April 2016

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 26 day of April 2016.

NOTARY PUBLIC

Evelyn Garcia
Notary Public
Yuma County, Arizona
My Comm. Expires 10-08-16

status/647005008819437568



According to the email, this ECC Games is pursuing legal action against Digital Homicide for using its name. Not enough popcorn on Earth.

**Jim Sterling** @JimSterling

RETWEETS 59
LIKES 392

4:09 AM - 24 Sep 2015

Mhykul @Spamcatt · 24 Sep 2015
@JimSterling The plot thickens..

Nick Piers @NickPiers · 24 Sep 2015
@JimSterling I've said it once, I'll say it again: Digital Homicide is the gift that keeps on giving. Because they're idiots.

Jonathan McCabe @Moist_plunge · 24 Sep 2015
@JimSterling HIT THE LEVER

Robert Koganov @TH3xR34P3R · 24 Sep 2015
@JimSterling Oh this is going to be a good episode when you make it lol

John Sinderman @iJSinderman · 24 Sep 2015
@JimSterling I can't even. Can we be sure Digital Homicide isn't some sort of brilliant performance art troup?

Show more

Attachment O

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br><br>**AFFIDAVIT OF VERIFICATION**<br><br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment P is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED  this 26 day of April 2016

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 26 day of April 2016.

NOTARY PUBLIC

Evelyn Garcia
Notary Public
Yuma County, Arizona
My Comm. Expires 10-08-16



Attachment P

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br>**AFFIDAVIT OF VERIFICATION**<br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment Q is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED  this 26 day of April 2016

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 2c day of April 2016.

NOTARY PUBLIC

Evelyn Garcia
Notary Public
Yuma County, Arizona
My Comm. Expires 10-08-16



**Jim Sterling** @JimSterling  🔵 Follow

Jesus Christ, I just got an email from ECC Games saying they're NOT the ECC Games Digital Homicide named itself after. This is weeeeird.

RETWEETS 26    LIKES 161

4:08 AM - 24 Sep 2015

**Franklin J Gomes** @FranklinJGomes · 24 Sep 2015
@JimSterling Next thing is DH publishing games under the name Konami

**Jake** @Nalkarsuke · 24 Sep 2015
@JimSterling so, they're either lying or Digital Homicide decided to disguise(?) themselves in plain sight

**Kanthes** @MrKanthes · 24 Sep 2015
@JimSterling So there's 2 ECC Games? Legit ECC and Digital Homicide ECC?

**Decentsauce** @Decentsauce · 24 Sep 2015
@JimSterling Wait... So they blame you for giving them a bad name but don't care if they try to ruin someone else's reputation?

**Garrett Mullikin** @Themusicalman70 · 24 Sep 2015
@JimSterling Well. That can't be good.

**Michael Hanley** @MichaelHanley16 · 24 Sep 2015
@JimSterling so your saying digital homicide is not just doing unity asset store

Attachment Q

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br>**AFFIDAVIT OF VERIFICATION**<br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment R is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED  this 26 day of April 2016

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 26 day of April 2016.

NOTARY PUBLIC

Evelyn Garcia
Notary Public
Yuma County, Arizona
My Comm. Expires 10-08-16



Do you think UN regulation of the internet is really a bad thing? Given how poorly many countries handle their legal systems over the internet (particularly America), wouldn't it be a benefit if they just revised the agreement?

The UN thing is so amazingly overblown. It will not "censor the Internet" and the things I've read about Anita Sarkeesian making the power to get people arrested is unbelievably delusional. I think it's a good thing that the UN is looking into tackling online abuse and harassment, and I'd say the same thing of Google's recent efforts too. The only people who have anything to be afraid of there are, well, abusers and harassers.

Anybody likening it to SOPA and PIPA are being ludicrous, and showcasing their complete lack of aptitude for the politics they (repeatedly) dabble in while claiming they hate politics being involved in everything

2 days ago

Jim, why do you feel it was necessary to out EOC games as Digital Homicide? It's clear that with the new identity, these guys wanted to start anew and leave the past behind. They can still be criticized, sure, but I think it's spiteful to bring their past reputation into it if it's not relevant.

Yeah it was, because Digital Homicide is more than just a bad developer. It's had a history of shady and dishonest behavior; behavior it was continuing under its new name. The very fact it was damaging the reputation of another company entirely is bad enough, to say nothing of its continued efforts to push games through Greenlight via unscrupulous means.

I will not deny the pleasure I take in sticking it to them, but their name is mud for a reason, and people deserve to know who's (really) selling them products

2 days ago

Were you going to share the reason why Moo tech's take down failed? I read that on twitter earlier and haven't found any follow-up.

I will, yes, but currently it's not something I can share. I'm chomping at the bit to talk about it, and will do as soon as I can. It's potentially Jimquisition material to boot

2 days ago

Considering the decision by Ubisoft to include a trans person in the new AC, I'm guessing the new Jimquisition is going to be talking about representation of social and ethnic groups in video games, am I close? (I assume ethnic groups because of the picture of Vaas)

It's more distinctly tied to Vaas and similar things.

2 days ago

Isn't it funny how some people can't comprehend that a male might be interested in female rights so they have to come up with a "his wife/gf makes him say that!!!" story just to prevent their narrow minds from exploding? Good thing none of that is real.

Step 1: Find a woman to blame.

Step 2: Disable.

2 days ago

not a question but in response to the question about nidhek theater and audience enjoying it.

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br><br>**AFFIDAVIT OF VERIFICATION**<br><br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment S is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED  this 26 day of April 2016

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 26 day of April 2016.

NOTARY PUBLIC

Evelyn Garcia
Notary Public
Yuma County, Arizona
My Comm. Expires 10-08-16



ogle.com/mail/u/0/#inbox/15337eeb2f475i8d

1 of 6,239   &lt;   &gt;

James

More ▾

---------- Forwarded message ----------
From: **Onygift** <jan@onygift.com>
Date: Thu, Apr 7, 2016 at 2:57 AM
Subject: Onygift
To: "support@digitalhomicide.ninja" <support@digitalhomicide.ninja>

Hi

My name is Jan and I'm a developer of an indie game studio located in Germany.
I saw your awesome game on Greenlight and my studio would like to promote it on our gaming community at http://www.onygift.com

Onygift puts awesome indie Steam games into the hands of the players using a raffle system.
In return the players spread the word on social media (likes, follows & shares).
In addition players can increase their win chance for the next game by writing meaningful reviews for a game.
Our newest feature is that players can vote "for a greenlight game (yes and no) to increase their win chance.

The last Greenlight game promoted on onygift received over 5000 votes (yes and no) within four days.
We think this is a great way to get attention without giving away your own "future" steam keys and lose potential customers like many greenlight bundles demand.

We get over 2.500.000 unique page impressions every month and have over 160.000 registered steam users.
With 46.000 Twitter followers and 49.000 likes on Facebook we know how to reach a large playerbase.
(https://twitter.com/onygift and https://www.facebook.com/onygiftpage/)

We are offering you the following promotion to increase your chances on greenlight:
- Adding a "task" on onygift.com for voting and voting for your Greenlight game
- Posting your game on our Steam Group and Facebook Page

In comparison to a publisher, you have no obligations. We offer you an effective short-term promotion for your game.
As we are indie developers ourselves, we know how tight the budget can be.
This is why we are offering this chance to greenlight developers for 299€ with a duration of two weeks.

More information: https://www.onygift.com/developer/greenlight

If you have any question please do not hesitate to ask us.
You can reach us via mail, skype, facebook or twitter
Whatever is comfortable :)

Thanks,
Jan

--
Onlyapps - Janzen & Strauß GbR
Paulstraße 7
26129 Oldenburg
Germany
phone: +49 441 180 29 666

twitter: @onygift
facebook: fb.com-onygiftpage/

Attachment S

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br><br>**AFFIDAVIT OF VERIFICATION**<br><br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment T is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED  this 26 day of April 2016

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 26 day of April 2016.

NOTARY PUBLIC



James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br>**AFFIDAVIT OF VERIFICATION**<br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment U is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED  this 26 day of April 2016

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before me this 26 day of April 2016.

NOTARY PUBLIC

Evelyn Garcia
Notary Public
Yuma County, Arizona
My Comm. Expires 10-08-16



Attachment U

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br><br>**AFFIDAVIT OF VERIFICATION**<br><br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment V is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED  this 26 day of April 2016

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 26 day of April 2016.

NOTARY PUBLIC



Attachment V

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br>**AFFIDAVIT OF<br>VERIFICATION**<br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment W is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED  this 26 day of April 2016

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 26 day of April 2016.

NOTARY PUBLIC

Evelyn Garcia
Notary Public
Yuma County, Arizona
My Comm. Expires 10-08-16



Defamation and 10
products and two
packs lost

The 3 White arrows express the addition of products to submission stage by Every Click Counts and The Plaintiff's other Trade Names. This is initial standard product staging before being incorporated.

The Grey Arrow indicates the loss of these products and advertising efforts.

Attachment W