**A**

# <u>EXHIBIT A</u>

1
2
3
4
5
6
7
8
9

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Oliver Romine Jr., | No. 2:16-cv-00604-JJT |
| Plaintiff, | |
| vs. | **DECLARATION OF JAMES NICHOLAS STANTON IN SUPPORT OF MOTION TO DISMISS** |
| James Nicholas Stanton, | |
| Defendant. | |

I, JAMES NICHOLAS STANTON, hereby make the following declaration:

1.      I am over the age of 18 and I am competent to testify regarding the matters set forth herein.

2.      I make this Declaration in support of Defendant's Motion for Dismiss the libel claims brought against me by James Oliver Romine Jr. based on an article I wrote and published online on September 24, 2015 (the "Article"), and Tweets that I sent from my Twitter account (the "Tweets").

3.      I make this Declaration based on my own personal knowledge, except as to those matters testified to on information and belief, and if called upon as a witness, I could and would competently testify thereto.

4.      A true and correct copy of the Article is attached hereto as <u>Attachment 1</u>.  The Article has been annotated to identify the statements about which Plaintiff complains.

-1-

5.  True and correct copies of the Tweets are attached hereto as <u>Attachment 2</u>.

6.  I am a video game critic, pundit, and entertainer operating my business under the pseudonym Jim Sterling. I review video games online and discuss current issues surrounding video games, often advocating for customer rights and admonishing decisions made by large game manufacturers.

7.  I distribute my commentary and criticism through a weekly YouTube video series, *The Jimquisition*. I also operate *Best of Steam Greenlight Trailers*, where I watch and comment on poorly made video games or games that have been sold using unaltered, pre-purchased assets (for which I coined the now popular term "asset flipping").

8.  I also play and react to different games released on Steam, a video game distribution network based in Washington State.

9.  I also produce *itch.io tasty*, an online channel where I play and comment on various video games available from the game distributor itch.io.

10.  I also produce *Nitpick Theater*, a comical series featuring exaggerated rants about minor inconveniences.

11.  I express an interest in social issues through my work, often speaking in favor of more diversity within the game industry and its products.

12.  My name and video game review services are well-known in the industry.  I have approximately 133,000 Twitter followers and *The Jimquisition has over* 250,000 viewers per weekly episode

13.  My business is supported entirely be crowd funding, meaning that individuals voluntarily elect to support my business through donations.

14.  Individuals can choose to donate to support my business through Patreon, which bills itself as the world's largest crowdfunding site for artists and creators.

15.  A donation is not required in order to access my reviews, videos and online content. Nevertheless, I receive approximately 4,000 individual donations each month.

16.  I do not solicit donations from any particular state or jurisdiction and I am not

1   aware if individuals from the State of Arizona have or have not donated to support my
2   business.

3        17.    The videos and articles I produce are available worldwide on the Internet.  My
4   audience has no specific or majority basis in Arizona or any other state.

5        18.    I am a resident of Brandon, Mississippi.

6        19.    I provide all of my services from my principal and only place of business in
7   Brandon, Mississippi.

8        20.    I do not conduct any business in Arizona.

9        21.    I do not own any real estate, personal property or other assets in Arizona.

10       22.    I do not maintain any offices, employees, equipment, records, accounts,
11  salespersons, or agents in Arizona.

12       23.    I do not sell anything in Arizona or to the State of Arizona.

13       24.    I have never even been to Arizona.

14       25.    On information and belief, Plaintiff James Romine is a citizen and resident of
15  Arizona.

16       26.    On information and belief, James Romine and his brother, Robert Romine, reside
17  in Yuma, Arizona and are managing members of Digital Homicide Studios L.L.C., an Arizona
18  limited liability company ("DHS").

19       27.    A true and correct copy of the records of DHS from the Arizona Corporation
20  Commission are attached hereto as <u>Attachment 3</u>. The records show that Plaintiff James
21  Romine and his brother, Robert Romine, are managing members of DHS.

22       28.    DHS is a video game developer that has distributed its games through Steam.

23       29.    I have reviewed DHS video games online and have given them some unfavorable
24  reviews.   For example, on November 1, 2014, I posted a "first impression video" with an
25  unfavorable review of DHS's *The Slaughterhouse Grounds*, a game distributed on the Steam
26  gaming services.

27       30.    In response to my unfavorable video review, DHS reposted my video with
28

subtitles responding to and refuting my commentary. Afterwards, I posted a rebuttal video with my own commentary.  Thereafter, DHS responded with a copyright infringement claim and a take-down notice to the web site company hosting my video.  The issue was ultimately resolved in my favor and the video review remains online. However, it is clear to me that DHS remains unhappy with the negative review.

31.     After my negative review of *The Slaughterhouse Grounds,* I came upon two Steam games produced under the name "ECC Games" – *Galactic Human* and *Devil's Share.*

32.     While playing *Galactic Human* and *Devil's Share* I noticed similarities between the games and the earlier DHS *The Slaughtering Grounds* game.  Based on similar content and artwork, I concluded that these "ECC Games" had originated from DHS, but were being distributed under an alias name.

33.     I also discovered that "ECC Games" is actually the name of a real gaming company located in Poland. A copy of the ECC Games website is attached hereto as Attachment 4.

34.     On about September 24, 2015, the real ECC Games contacted me to make clear to me and my followers that they had no connection with the games being distributed by DHS under the "ECC Games" moniker.  A true and correct copy of the email is attached hereto as Attachment 5.

35.     In the email, Doroto Muzynska of ECC Games writes, "We would like to inform that we are not designers nor producers of "Galaxy Hitman" nor "Devils Share" games that have been published on Steam. We probably fell victim to a people previously known as Digital Homicide. We have already taken legal actions aimed at ceasing infringement of ECC Games rights."

36.     Upon receiving the email I wrote the Article that is the subject of this lawsuit, which describes the alias "ECC Games," how the "ECC Games" games appear to originate from DHS, how DHS was able to distribute games through Steam using an alias that was the name of a legitimate gaming company unrelated to DHS, and how the real ECC Games

1  company had told me by email that it was taking legal action against DHS.

2      37.    I write in the Article that it is based on my discoveries and conclusions, stating

3  "Digital Homicide's latest shenanigans are confusing and based on several allegations, so I

4  cannot present everything in this article as verified fact." See Attachment 1.

5      38.    I am appalled that my opinions and writings on the subject of DHS, its games,

6  and its use of an alias on the Steam service to distribute its games can serve as a basis for a

7  libel lawsuit.   As a writer and entertainer, I am well within my legal right to express my

8  opinions, disclose my discoveries, and be part of online commentary regarding video game

9  companies like DHS and video game distribution services like Steam.  The Article is clearly

10  protected speech and use of words like "chicanery," "the Wet Bandits," "weirdness" and

11  "weeeeird" to describe DHS is clearly opinion.

12      I declare under the penalty of perjury under the laws of the United States of America

13  that the foregoing is true and correct to the best of my knowledge and belief.

14

15      Executed on this 2nd day of May, 2016 in Brandon, Mississippi, U.S.A.

16

17      By:_____

18          James Nicholas Stanton

19

20

21

22

23

24

25

26

27

28
-5-

1

# **<u>ATTACHMENT 1</u>**



# Digital Homicide And The Case Of The Sockpuppet Developers

📅 September 24, 2015 (http://www.thejimquisition.com/digital-homicide-and-the-case-of-the-sockpuppet-developers/)   👤 Jim Sterling (http://www.thejimquisition.com/author/jim/)   🗁 Editorials n' Stuff (http://www.thejimquisition.com/category/editorial/)

Watchers of my YouTube channel (https://www.youtube.com/user/JimSterling) will know that I love to record myself playing random games on Steam. Sometimes I stumble upon a gem, but more than likely I find something awful – the most famous of which was Digital Homicide's *The Slaughtering Grounds (https://www.youtube.com/watch?v=S6s0Wpn1zmU)*. After that company's infamous meltdown and litany of terrible releases, it had gone very quiet for a while.

So quiet, in fact, that when I played *Galactic Hitman* and *Devil's Share*, I had no idea I was playing yet more Digital Homicide games, although their poor quality should have been a surefire clue. This was because both these awful experiences were published by ECC Games… or were they?

See, there *is* an ECC Games, but it's sure as hell not the company publishing crappy first-person shooters to Steam.



(http://www.thejimquisition.com/wp-content/uploads/2015/09/dig4.png)

Digital Homicide's latest shenanigans are confusing and based on several allegations, so I cannot present *everything* in this article as verified fact. However, due to digging around by myself and several users on Steam, we appear to have a pretty clear picture of the company's latest, bizarre get-rich-quick scheme.

We at least can verify the "ECC Games" presenting itself on Steam (which I am going to call Faker-ECC because I like a good *Masters of the Universe* reference) *is* Digital Homicide, thanks to a page (https://archive.is/8EF15) in which *Galactic Hitman* is listed as belonging to the notorious Romino brothers.



(http://www.thejimquisition.com/wp-content/uploads/2015/09/dig.png)

You can watch video footage of *Devil's Share (https://www.youtube.com/watch?
v=1x4NWJgBuyQ)* and *Galactic Hitman (https://www.youtube.com/watch?v=lvXTV5F8DTA)* by
clicking those prior links – they carry all the classic hallmarks of a Digital Homicide
production. The assets are all store-bought, they're both hideous to look at, interactively
generic, unfinished, and broken in some significant way. The only difference is the
rebranding of the developer – surely a response to the fact that James and Robert Romino  "Count 7" Stmt.
know their prior company's name is mud on Steam these days.

It's also worth noting that *Galactic Hitman*'s artwork has been taken from elsewhere, just  "Count 1" Stmt.
like the initial art for *The Slaughtering Grounds* was. You can see the original imagery here
(http://laslolf.deviantart.com/art/Daddy-D-382624242#_=_), which Faker-ECC may have
purchased from Shutterstock. Does DH even *have* a single artist?

[**Note:** Initially I suggested Digital Homicide just took the image from a Deviantart artist
without permission, not knowing it was also sold on Shutterstock. The text has been
edited to reflect this.]

The story, of course, doesn't end here. Digital Homicide seemingly has a *third* sockpuppet
company, Micro Strategic Game Designs. MSGD recently got *Attrition: Nuclear Domination
(http://store.steampowered.com/app/392870/)* through Steam Greenlight. It looks terrible –
obviously – and was recently removed from the Digital Homicide Complete Pack Bundle
(https://steamdb.info/app/392870/history/#_=_), demonstrating its link to the infamous
studio.



(http://www.thejimquisition.com/wp-content/uploads/2015/09/dig2.png)

Previously, the studio has been linked to another developer – Bob Middleton – engaging in shady vote-rigging (http://www.thejimquisition.com/2015/08/steam-vote-rigging-and-shady-connections-the-curious-case-of-bob-middleton/) for the game *Clickerton Heroes*. Whether or not Digital Homicide and Middleton are the same entity is yet to be determined, but people have their suspicions.

The Rominos seem to have a vested interest in getting crap past Steam Greenlight. As well as helping two-bit developers trade Steam keys in exchange for Greenlight votes, Digital Homicide has offered support in the past to other developers I've criticized – apparently attempting to form some sort of support group for fragile egos.

Speaking of which, Digital Homicide also appears to be behind a new website, BundleBlitz (http://www.bundleblitz.com/), a code giveaway site with a special interest in Steam Greenlight hopefuls. BundleBlitz heavily featured *Nuclear Attrition* recently, though I'm still looking into a definitive link.

Still, their font of choice sure looks familiar (http://store.steampowered.com/app/329950/).



(http://www.thejimquisition.com/wp-content/uploads/2015/09/dig3.png)

Anyway, it's time to get to the really juicy part. Remember when I said that *Devil's Share* and *Galactic Hitman* were published under the name ECC Games? Well, there actually *is* an ECC Games, and it sure as shit wasn't the company uploading crap games to Steam.

A Polish mobile game company by the name of ECC Games reached out to me via email explaining it has absolutely no link to Digital Homicide, and its claim most certainly seems to check out. Its own website (http://eccgames.com/) features a whole host of mobile

games, along with a full-fledged team of Polish developers. It also has a Twitter account (https://twitter.com/eccgames) which, prior to now, has no history of mentioning either *Devil's Share* nor *Galactic Hitman*.

"Count 4" Stmt.

"We would like to inform that we are not designers nor producers of *Galaxy Hitman* nor *Devils Share*, games that have been published on Steam," said ECC producer Dorota Muzynska. "We probably fell victim to a people previously known as Digital Homicide. We have already taken legal actions aimed at ceasing infringement of ECC GAMES rights."



(http://www.thejimquisition.com/wp-content/uploads/2015/09/dig5.png)

"Count 3" Stmt.

When you can name yourself literally *anything* on Steam, it's impossible to know who is a legitimate developer and who isn't, as we've seen with the case of Faker-ECC. Apparently you don't need to prove your company's legitimacy or even *existence*, since it's all based on usernames. Here, we've seen it lead to potential legal trouble for the folks who rebranded and accidentally defamed a completely different studio.

"Count 2" Stmt.

Someone on Twitter asked me how they "got away" with calling themselves ECC Games. The fact is, they didn't have to "get away" with anything, at least not as far as Steam is concerned. Once again, Valve's lack of oversight makes it easy to just call yourself ECC Games, regardless of who is *actually* allowed to trade under that name.

Digital Homicide's official channels have maintained radio silence for months (https://twitter.com/dig_homicide), seeming to operate solely through these sockpuppet companies. Being as sly as the Wet Bandits, however, it hasn't taken long for the Internet to dig up their latest sleazy shenanigans.

"Count 6" Stmt.

At some point, this "studio" is going to have to realize it is neither talented enough to

become a producer of good games, nor clever enough to trick us into believing it is.

That's not going to happen today though, and <mark>its recent chicanery may lead it into very real legal trouble.</mark>

"Count 5" Stmt.

Devil's Share (http://www.thejimquisition.com/tag/devils-share/)

Digital Homicide (http://www.thejimquisition.com/tag/digital-homicide/)

ECC Games (http://www.thejimquisition.com/tag/ecc-games/)

Editorial (http://www.thejimquisition.com/tag/editorial/)

Galactic Hitman (http://www.thejimquisition.com/tag/galactic-hitman/)

Indie (http://www.thejimquisition.com/tag/indie/)

Legal Shit (http://www.thejimquisition.com/tag/legal-shit/)

Liars Who Lie (http://www.thejimquisition.com/tag/liars-who-lie/)

Steam (http://www.thejimquisition.com/tag/steam/)

The Slaughtering Grounds (http://www.thejimquisition.com/tag/the-slaughtering-grounds/)



**366 Comments**    The Jimquisition                    🔴 Login ▾

🖤 Recommend  24    ↪ Share                    Sort by Newest ▾

Join the discussion…

**Donovan Jackson** · 4 months ago
Digihom is back! - Or maybe his reincarnation from...Germany?

http://steamcommunity.com/work...

Please visit this game on Greenlight, If you genuinely like it, VOTE YES, but please read my thread (Demon Sword )

Perhaps I am a witch hunter, but I prefer "Consumer Advocate"
As a Green light developer myself, I am striding to have 'Honesty' and "Integrity" on Steam.

Because people like this may one day cause us to lose the opportunity that is Greenlight.

❮ The Official #FucKonami T-shirt Is Here! (http://www.thejimquisition.com/the-official-fuckonami-t-shirt-is-here/)

Podquisition Episode 44: David Cameron F*cked A Pig ❯ (http://www.thejimquisition.com/podquisition-episode-44-david-cameron-fcked-a-pig/)

**NEW STUFF**

The Jimquisition: Newtendo (http://www.thejimquisition.com/the-jimquisition-newtendo/)

*Sega 3D Classics Collection* Review – Altered Beef (http://www.thejimquisition.com/sega-3d-classics-collection-review/)

*Ratchet & Clank* Review – Lombax To Basics (http://www.thejimquisition.com/ratchet-clank-review/)

Podquisition Episode 75: The Masturbatorium Chronicles (http://www.thejimquisition.com/podquisition-episode-75-the-masturbatorium-chronicles/)

The Jimquisition: Crunch (http://www.thejimquisition.com/the-jimquisition-crunch/)

**CATEGORIES**

Reviews (http://www.thejimquisition.com/category/reviews/)

The Jimquisition (http://www.thejimquisition.com/category/thejimquisition/)

Podquisition (http://www.thejimquisition.com/category/podquisition/)

Editorials n' Stuff (http://www.thejimquisition.com/category/editorial/)

**ROOT THROUGH MY GARBAGE**

Search...    🔍

---

ABOUT (HTTP://WWW.THEJIMQUISITION.COM/ABOUT/)

CONTACT US (HTTP://WWW.THEJIMQUISITION.COM/CONTACT-US/)

REVIEW SCORE GUIDE (HTTP://WWW.THEJIMQUISITION.COM/REVIEW-SCORE-GUIDE/)

SHOP (HTTP://SHARKROBOT.COM/COLLECTIONS/JIMQUISITION-MERCH)

PATREON (HTTPS://WWW.PATREON.COM/JIMQUISITION)

The Jimquisition (http://www.thejimquisition.com/) All rights reserved. Theme by Colorlib (http://colorlib.com/)
Powered by WordPress (http://wordpress.org/)

2

# **ATTACHMENT 2**





"Count 9" Stmt

**Jim Sterling**
@JimSterling

According to the email, this ECC Games is pursuing legal action against Digital Homicide for using its name. Not enough popcorn on Earth.

RETWEETS 59   LIKES 390

4:09 AM - 24 Sep 2015

**Mhykul** @Spamcatt · 24 Sep 2015
@JimSterling The plot thickens..
1   3

**Nick Piers** @NickPiers · 24 Sep 2015
@JimSterling I've said it once, I'll say it again: Digital Homicide is the gift that keeps on giving. Because they're idiots.
4

**Jonathan McCabe** @Toilet_shogun · 24 Sep 2015
@JimSterling HIT THE LEVER
3

**Robert Koganov** @TH3xR34P3R · 24 Sep 2015
@JimSterling Oh this is going to be a good episode when you make it lol
4

**John Sinderman** @JSinderman · 24 Sep 2015
@JimSterling I can't even. Can we be sure Digital Homicide isn't some sort of brilliant performance art troup?
3

Show more

**ToxicPenguin** @a_toxic_penguin · 24 Sep 2015
@JimSterling Time for them to cry another river of salt. And I like salt!

ATTACHMENT 3

3

# **ATTACHMENT 3**

ATTACHMENT 3



eCorp

L19322421

Corporation Name:
**DIGITAL HOMICIDE STUDIOS L.L.C.**

Collapse | Expand

### Corporate Inquiry ▲

| File Number | L19322421 |
|---|---|
| Corporation Name | DIGITAL HOMICIDE STUDIOS L.L.C. |
| Standing | Check Corporate Status |

### Domestic Address ▲

12494 IRONWOOD DR.
YUMA, AZ 85367

### Statutory Agent Information ▲

**Agent Name:** JAMES O ROMINE JR

**Agent Mailing/Physical Address:**
12494 IRONWOOD DR.
YUMA, AZ 85367

**Agent Status:** APPOINTED 06/11/2014

**Agent Last Updated:** 06/17/2014

## Additional Entity Information 

| | |
|---|---|
| **Entity Type:** DOMESTIC L.L.C. | **Business Type:** |
| **Incorporation Date:** 6/11/2014 | **Corporation Life Period:** PERPETUAL |
| **Domicile:** ARIZONA | **County:** YUMA |
| **Approval Date:** 6/17/2014 | **Original Publish Date:** |

## Manager/Member Information

| | |
|---|---|
| **Name** | JAMES O ROMINE JR |
| **Title** | MANAGER |
| **Address** | 12494 IRONWOOD DR. YUMA, AZ 85367 |
| **Date of Taking Office** | |
| **Last Updated** | 06/17/2014 |
| **Name** | ROBERT ROMINE |
| **Title** | MANAGER |
| **Address** | 12494 IRONWOOD DR. YUMA, AZ 85367 |
| **Date of Taking Office** | |
| **Last Updated** | 06/17/2014 |

## Scanned Documents 

Click on a gold button below to view a document. If the button is gray, the document is not yet available. Please check back again later.

| **Document Number** | |
| --- | --- |
| **Description** | ARTICLES OF ORGANIZATION |
| **Date Received** | 6/11/2014 |

Print Details

Privacy Policy | Contact Us

AZ CORPORATION COMMISSION
FILED

JUN 1 1 2014

FILE NO. L-1932242-1



AZ Corp. Commission
04704388

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## ARTICLES OF ORGANIZATION
Read the Instructions L010i

**1. ENTITY TYPE** – check only one to indicate the type of entity being formed:

☒ LIMITED LIABILITY COMPANY (can be
entity name must contain
the words "Limited Liability
Company" or "LLC")

☐ PROFESSIONAL LIMITED LIABILITY COMPANY
(entity name must contain the words
"Professional Limited Liability Company" or
"PLLC")

**2. ENTITY NAME** – see Instructions L010i for full naming requirements – give the exact name of the LLC.

Digital Homicide Studios L.L.C.

**3. PROFESSIONAL LIMITED LIABILITY COMPANY SERVICES** – if and only if professional LLC is
checked in number 1 above, describe the professional services that the professional LLC will provide (examples: law
firm, accounting, medical):

---

**4. STATUTORY AGENT for service of process – see Instructions L010i**

| 4.1 REQUIRED – give the name (can be an Arizona resident or an Arizona-registered entity) and physical or street address (not a P.O. Box) in Arizona of the statutory agent: | 4.2 OPTIONAL – mailing address in Arizona of Statutory Agent (can be a P.O. Box): |
|---|---|
| Statutory Agent Name: James O. Romine Jr. | Attention (optional): |
| Attention (optional): | Address 1: |
| Address 1: 12494 Iron wood Dr. | Address 2 (optional): |
| Address 2 (optional): | |
| City: Yuma   State: AZ   Zip: 85367 | City: ____   State: AZ   Zip: ____ |

4.3 REQUIRED – the Statutory Agent Acceptance form M002 must be submitted along with these Articles of Organization.

**5. ARIZONA KNOWN PLACE OF BUSINESS ADDRESS:**

5.1 Is the Arizona known place of business address the same as the street address of the
statutory agent?   ☒ Yes – go to number 6 and continue
☐ No – go to number 5.2 and continue

5.2 If you answered "No" to number 5.1, give the physical or street address (not a P.O.
Box) of the known place of business of the LLC in Arizona:

| Attention (optional): | | |
|---|---|---|
| Address 1: | | |
| Address 2 (optional): | AZ | |
| City/Country: U.S.A. | State or Province: | Zip: |

**6. DURATION** – If the duration or life period of the LLC is perpetual (forever), then skip this section and continue on number 7 or number 8. Otherwise, check only one box below *and* fill in the corresponding blank:

☐ The LLC's life period will end on this date: _____ (enter a date)

☐ The LLC's life period will end upon the occurrence of this event: (describe an event)

_____

_____

*COMPLETE NUMBER 7 OR NUMBER 8 – NOT BOTH.*

**7. MANAGER-MANAGED LLC** – *see Instructions L010* – check this box ☒ if management of the LLC will be vested in a manager or managers (meaning one or more managers will run the company) and complete and attach ONLY the Manager Structure Attachment form L040. (Both members and managers will be listed on the Manager Structure Attachment.) *The filing will be rejected if it is submitted without the attachment.*

**8. MEMBER-MANAGED LLC** – *see Instructions L010* – check this box ☐ if management of the LLC will be reserved to the members (meaning all members will run the company together if there is no operating agreement stating otherwise), and complete and attach ONLY the Member Structure Attachment form L041. (All members will be listed on the Member Structure Attachment.) *The filing will be rejected if it is submitted without the attachment.*

**9. ORGANIZERS and SIGNATURE** – the individual or pre-existing entity submitting this document is the Organizer – list the name of the Organizer below. If the Organizer is an individual, that individual must sign below. If the Organizer is a pre-existing entity, provide the signature of the individual acting for that entity, then print the individual's name.

The person signing below declares and certifies under penalty of perjury that the information contained within this document together with any attachments is true and correct, and is submitted in compliance with Arizona law.

Organizer: _James O. Romine Jr._

Signature: _James O. Romine Jr._          Date: _6/9/14_

Printed Name (if different from Organizer): _James O'Romine Jr._

| Filing Fee: $50.00 (regular processing) Expedited processing – add $35.00 to filing fee. All fees are nonrefundable – see Instructions. | Mail: | Arizona Corporation Commission Corporate Filings Section 1300 W. Washington St., Phoenix, Arizona 85007 |
| | Fax: | 602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the Instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## MANAGER STRUCTURE ATTACHMENT

**1.** **ENTITY NAME** – give the exact name of the LLC (foreign LLCs – give name in domicile state or country):

Digital Homicide Studios L.L.C.

**2.** **A.C.C. FILE NUMBER (if known):** _____

Find the A.C.C. file number at the upper corner of filed documents OR on our website at: http://www.azcc.gov/Divisions/Corporations

**3.** **MANAGERS / MEMBERS** – give the name and address of each and every manager and list all members who own 20% or more of the profits or capital of the LLC. Use one block per person. Members who own less than 20% may also be listed, but it is not required. Check the appropriate box or boxes below each person listed – do not check both member boxes. If more space is needed, use another Manager Structure Attachment form.

| | |
|---|---|
| **1.** Name: James O. Romine Jr. | **2.** Name: Robert Romine |
| Address 1: 12494 Iron wood Dr. | Address 1: 12494 Iron wood Dr. |
| Address 2 (optional): Yuma | Address 2 (optional): Yuma |
| State or Province: AZ  Zip: 85367 | State or Province: AZ  Zip: 85367 |
| City: USA | City: USA |
| Country: USA | Country: USA |
| ☑ Manager   ☑ 20% or more member   ☐ Less than 20% member | ☑ Manager   ☑ 20% or more member   ☐ Less than 20% member |
| **3.** Name: | **4.** Name: |
| Address 1: | Address 1: |
| Address 2 (optional): | Address 2 (optional): |
| City:   State or Province:  Zip: | City:   State or Province:  Zip: |
| Country: | Country: |
| ☐ Manager   ☐ 20% or more member   ☐ Less than 20% member | ☐ Manager   ☐ 20% or more member   ☐ Less than 20% member |
| **5.** Name: | **6.** Name: |
| Address 1: | Address 1: |
| Address 2 (optional): | Address 2 (optional): |
| City:   State or Province:  Zip: | City:   State or Province:  Zip: |
| Country: | Country: |
| ☐ Manager   ☐ 20% or more member   ☐ Less than 20% member | ☐ Manager   ☐ 20% or more member   ☐ Less than 20% member |

DO NOT WRITE ABOVE THIS LINE; RESERVED FOR ACC USE ONLY.

## STATUTORY AGENT ACCEPTANCE

Please read Instructions H0021

**1. ENTITY NAME** – give the exact name in Arizona of the corporation or LLC that has appointed the Statutory Agent:

Digital Homicide Studios L.L.C.

**2. A.C.C. FILE NUMBER** (if entity is already incorporated or registered in AZ):
Find the A.C.C. file number on the upper corner of filed documents OR on our website at: http://www.azcc.gov/Division/Corporations

**3. STATUTORY AGENT NAME** – give the exact name of the Statutory Agent appointed by the entity listed in number 1 above (this will be either an individual or an entity):

James O. Romine Jr.

**3.1   Check one box:**   ☒ The statutory agent is an individual (natural person).
☐ The statutory agent is an Entity.

**STATUTORY AGENT SIGNATURE:**

By the signature appearing below, the individual or entity named in number 3 above accepts the appointment as statutory agent for the entity named in number 1 above, and acknowledges that the appointment is effective until the entity replaces the statutory agent or the statutory agent resigns, whichever occurs first.

By checking the box marked "I accept" below, I acknowledge under penalty of perjury that this document together with any attachments is submitted in compliance with Arizona law.

☒ I ACCEPT

_James O Romine_          James O. Romine Jr.          6/5/2014

**REQUIRED** – check only one:

☒ **Individual as statutory agent:** I am signing on behalf of myself as the individual

☐ **Entity as statutory agent:** I am signing on behalf of the entity named as statutory agent, and I am authorized to act for that entity.

| | |
|---|---|
| Filing Fee: none (regular processing)<br>Expedited processing – (available only if this form is submitted by itself) add $35.00 to filing fee.<br>All fees are nonrefundable - see instructions. | Mail:   Arizona Corporation Commission - Corporate Filings Section<br>1300 W. Washington St., Phoenix, Arizona 85007<br>Fax:   602-542-4100 |

Please be advised that A.C.C. forms reflect only the minimum provisions required by statute. You should seek private legal counsel for those matters that may pertain to the individual needs of your business.
All documents filed with the Arizona Corporation Commission are public record and are open for public inspection.
If you have questions after reading the instructions, please call 602-542-3026 or (within Arizona only) 800-345-5819.

ATTACHMENT 4

4

# **ATTACHMENT 4**

ATTACHMENT 4

ECC GAMES



Tweets by @eccgames

## ECC GAMES

PRODUCTS
LET'S SEE WHAT WE HAVE

SERVI
CHECK WHAT WE DO

MEET US, FIND US

LET'S SEE WHAT WE HAVE

# PRODUCTS



**Galaxy Dwellers**
Category: Games,
Release: Coming soon



**Dive for Honour:**
**Cold War**
Category: Games,
Release: July 30, 2014



**Empire**
**Manager**
Category: Games,
Release: July 30, 2014

## GALAXY DWELLERS

Coming soon...

## DIVE FOR HONOUR: COLD WAR

Dive for Honour is a realistic submarine experience during the Cold War. Take control over the nuclear class ship and develop your own unique strategy to defend your freedom. Experience the atmosphere of deeps in world-saving campaign or feel the thrill of multiplayer combat!

## EMPIRE MANAGER

Empire Manager will put you in control of one of 3 glorious nations. Will you rule with an iron fist conquering your oponents strategically on the battle field? Maybe you will focus on your nation's productivity and lead your people to build a world wonder ensuring your empire never be forgotten? Diplomacy is always an option.. but it comes at a



**Tower**
**Dwellers**
Category: Games,
Release: November 19, 2013



**Dive for**
**Treasures**
Category: Games,
Release: June, 2013



**Roll in**
**the Hole**
Category: Games,
Release: October 6, 2011

## TOWER DWELLERS

Tower Dwellers is a unit crafting tower defence that features lots of micromanagement and keeps the player engaged in the battle throughout the entire game. Conquer through battle and reclaim the land you once called home!

## DIVE FOR TREASURES

We were hit by a terrifying storm. The ancient Mayan treasure went down with the ship. Now the treacherous waters are swarming with pirates... Captain! You're our last hope. Get ready for the adventure of your life. It's time to Dive for Treasure!!

## ROLL IN THE HOLE

When the gorillas steal the ice cream, it's time to get rollin'. Guide the adorable panda into each portal while collecting the frozen sweets along the way in this unforgettable physics-based puzzler. Simple to play but tough to master, you'll be screaming for ice cream along with the rest of us.



**Zombies Ate**
**My Baby**
Category: Games,
Release: October 4, 2010



**Puzzle**
**Craft**
Category: Games,
Release: Q1, 2013



**4 Kids Colors**
Category: Entertainment,
Release: Oct 13, 2010

## ZOMBIES ATE MY BABY

You better prepare yourself for the great amount of fun! Defend yourself from the

## PUZZLE CRAFT

Puzzle Craft is a relaxing puzzle game developed by our friends Ars Thanea Games and published by Chillingo.

## 4 KIDS COLORS

4KidsColors – is an excellent colorful game for your child. The game is also friendly to the youngest children.

...ordance...
greatest action game on your
iphone/ipod. Enjoy the high
quality comics who will lead
you through the entire game.
Be the best in survival mode!

responsible for preparing
Android and Windows Phone 8
versions.

...will allow your
child to develop his or her
imagination and learn colors.
Wonderful graphics and joyful
sounds will ensure your child
fun for a long time.

CHECK WHAT WE DO

# SERVICES

   

## GAMES PRODUCTION

Our main goal is to create
high-quality games. You will
find more about our games in
'Products'.

## PORTING HOUSE

We offer outsourcing solutions
to a wide range of video game
publishers and developers.

## ADVERGAMES

We offer a complete service for
the production of advertising
games.

## SPECIAL TASKS

We are very flexible. Do you
have any special task? Contact
us, we surely can help.

MEET US, FIND US

# CONTACT

 **Piotr Wątrucki**
CEO
Games Producer

 **Jakub Traczyk**
Technical Director

 **Jakub Jamiol**
Senior Artist

 **Marcin Macharzewsk**
Programmer



 **Hubert Bibrowski**
Games Producer
Eccgames Canada

 **Michal Tomaka**
Designer
Reborn Creative Lab

 **Piotr Kowalski**
Programmer

 **Piotr Roswag**
Senior Programmer

 **Jerzy Sokołowski**
Game Designer

 **Dorota Mużyńska**
Games Producer

 **Rafał Majzer**
Animator
Technical Support

 **Daria Widermańska-S**
Artist

## ADDRESS

ECC GAMES Sp. z O.O.
NIP / VAT: PL5252599944
REGON: 147481416
KRS: 0000540727
Wysokość kapitału
zakładowego 1 180 000.00 ZŁ.

**Office:**
ul. Mierosławskiego 23
01-567 Warsaw
POLAND

## BUSINESS

For business related enquiries
please contact:
**b2b@eccgames.com**

## CUSTOMER SUPPORT

If you experience a problem
with downloading, installing,
buying or using our products
or services please contact:
**support@eccgames.com**

ATTACHMENT 5

# **ATTACHMENT 5**

5

ATTACHMENT 5

Digital Homicide case    Inbox x

Dorota Muzynska ECC GAMES <dorota@eccgames.com>                                9/24/15
to jim

Hello Jim,

My name is Dorota Muzynska and I am producer in ECC Games Ltd. (please visit http://eccgames.com)
According to your YouTube video called "GALACTIC HITMAN - Galactic Shitman" we have received many messages informing us that this game is created by people who present themselves as "ECC Games".

We would like to inform that we are not designers nor producers of "Galaxy Hitman" nor "Devils Share" games that have been published on Steam. We probably fell victim to a people previously known as Digital Homicide. We have already taken legal actions aimed at ceasing infringement of ECC GAMES' rights.

Best regards,

- Dorota



Dorota Muzynska
Producer
+48 531 258 016

ECC GAMES
Mereliniewskiego 23
01-567 Warsaw
http://eccgames.com

ECC GAMES Sp. z o.o. Tmsj perfekt Access to this message is forbidden.

Jim Sterling <smg@thejimquisition.com>                                        9/24/15
to Dorota

Hi there.

Thanks for reaching out to me!

I've written an article on all these shenanigans lately. http://www.thejimquisition.com/2015/09/digital-homicide-and-the-case-of-the-sockpuppet-developers/

Thanks again!

Jim

Dorota Muzynska ECC GAMES <dorota@eccgames.com>                               9/24/15
to Jim

Hi again.

Thank you for your help. We really appreciate it.

All the best,

-Dorota

W dniu 24.09.2015 o 14:08, Jim Sterling pisze: