Bradley P. Hartman (#017263)
John D. Titus (#012912)
**HARTMAN TITUS** PLC
7114 E. Stetson Drive, Suite 205
Scottsdale, AZ  85251-3250
Phone: (480) 659-0019
Fax: (480) 659-3304
Email: bhartman@hartmantitus.com
         jtitus@hartmantitus.com
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Oliver Romine Jr., | No. 2:16-cv-00604-JJT |
| Plaintiff, | |
| vs. | **MOTION TO EXCEED PAGE LIMIT ON DEFENDANT'S MOTION TO DISMISS** |
| James Nicholas Stanton, | |
| Defendant. | |

Defendant James Nicholas Stanton respectfully requests an order permitting Defendant to file a *Motion to Dismiss* [Doc. 12] that exceeds by 4½ pages the 17-page limitation provided by Rule 7.2(e), Local Rules of Civil Procedure.

The present proceeding relates to a 10-count complaint for libel filed by Plaintiff James Olive Romine Jr. in his individual capacity.  Mr. Romine sees $10,761,000 in damages. Defendant's *Motion to Dismiss* provides background on Defendant's business and the alleged defamatory statements and addresses how Plaintiff does not have standing to sue in his individual capacity for harm suffered by the Arizona limited liability company of which he is a manager, how Mr. Stanton is not subject to personal jurisdiction in Arizona, and how, in any event, none of the alleged statements can be considered libel under applicable law.

The highly factual nature of libel claims, and the legal analysis inherent in a motion to dismiss, necessitates the filing of a motion that consists of 22 pages in total, not including the Table of Contents and Table of Authorities. Defendant's counsel has condensed the factual

summary and arguments as much as possible. However, providing the necessary factual background and legal analysis requires more space than would ordinarily be the case. Accordingly, Defendant respectfully requests that the Court authorize the *Motion to Dismiss* to exceed the 17-page limit.

A proposed form of Order is submitted herewith. If the Court denies this Motion, Defendant respectfully requests leave to refile the *Motion to Dismiss* either as three separate documents (one addressing each ground for dismissal) or as a further condensed version of the present Motion within the page limits set by local rule.

RESPECTFULLY SUBMITTED this 4th day of May, 2016.

**HARTMAN TITUS PLC**

By: /s/Bradley P. Hartman
Bradley P. Hartman
John D. Titus
7114 E. Stetson Drive, Suite 205
Scottsdale, Arizona 85251-3250
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2016, I caused the foregoing document to be filed electronically with the Clerk of Court through CM/ECF System for filing and transmittal of Notice to the following CM/ECF registrant:

James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, AZ 85367
jromine2445@gmail.com
*Plaintiff*


/s/ Bradley P. Hartman

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-