# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Oliver Romine Jr., | No. 2:16-cv-00604-JJT |
| Plaintiff, | |
| vs. | **ORDER GRANTING MOTION TO EXCEED PAGE LIMIT** |
| James Nicholas Stanton, | |
| Defendant. | |

Having reviewed Defendant's Motion for Leave to Exceed the Page Limit on Defendant's Motion to Dismiss [Doc. 13], and finding good cause, it is:

ORDERED that Defendant may submit a Motion to Dismiss that is up to twenty-two (22) pages.