Bradley P. Hartman (#017263)
John D. Titus (#012912)
**HARTMAN TITUS** PLC
7114 E. Stetson Drive, Suite 205
Scottsdale, AZ  85251-3250
Phone: (480) 659-0019
Fax: (480) 659-3304
Email: bhartman@hartmantitus.com
       jtitus@hartmantitus.com
Attorneys for Defendant

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Oliver Romine Jr., <br><br> Plaintiff, <br><br> vs. <br><br> James Nicholas Stanton, <br><br> Defendant. | No. 2:16-cv-00604-JJT <br><br> **DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |

Defendant James Nicholas Stanton responds in opposition to Plaintiff's *Motion for Leave to File First Amended Complaint* [Doc. 11].

Defendant recognizes that amendments to the complaint "shall be freely given when justice so requires." *Foman v.* Davis, 371 U.S. 78, 182 (1962).  However, the district court "may deny leave to amend due to 'undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [and] futility of amendment.'" *Leadsinger, Inc. v. BMG Music Pub.*, 512 F.3d 522, 532 (9th Cir. 2008), quoting *Foman*.

Here, the *Motion for Leave to Amend* should be denied because granting leave to amend is futile given the issues raised in Defendant's *Motion to Dismiss* [Doc. 12].  Plaintiff does not have standing to sue in his individual capacity for harm suffered by the Arizona limited liability company of which he is a manager and that is the subject of the alleged defamation.

1  The proposed amendments do not change this and are therefore futile.  Additionally, Mr. Stanton is not subject to personal jurisdiction in Arizona and the proposed amendments do not change this or add new support for personal jurisdiction in Arizona. Therefore, the amendments are futile.  Finally, none of the alleged statements identified in the complaint or the proposed amended complaint can be considered libel under applicable law. Thus, the proposed amendments are futile.

Plaintiff does not set forth any proposed amendments that would not be futile for the reasons stated in Defendant's *Motion to Dismiss*.  Defendant respectfully requests that the Court grant Defendant's *Motion to Dismiss* and deny Plaintiff's *Motion for Leave to Amend*.

RESPECTFULLY SUBMITTED this 4th day of May, 2016.

**HARTMAN TITUS PLC**

By:  /s/Bradley P. Hartman
Bradley P. Hartman
John D. Titus
7114 E. Stetson Drive, Suite 205
Scottsdale, Arizona 85251-3250
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2016, I caused the foregoing document to be filed electronically with the Clerk of Court through CM/ECF System for filing and transmittal of Notice to the following CM/ECF registrant:

James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, AZ 85367
jromine2445@gmail.com
*Plaintiff*


/s/ Bradley P. Hartman

-3-