James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: CV-16-00604-PHX-JJT<br><br><br>**MOTION IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT** |

## MOTION IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT

1. The Plaintiff respectfully requests that the Court deny Defendant's Motion to Dismiss the Amended Complaint [Document 14] as the Motion is futile in the event that Defendant's Motion to Dismiss Original Complaint is denied due to support from The Plaintiff's Motion in Response to The Defendant's Motion to Dismiss.

1

I, James Oliver Romine Jr, depose and state that the content stated above is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED this 5 day of May 2016

By: _____
James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367
jromine2445@gmail.com
928-276-1844

Sworn to and subscribed before me this 5 day of May 2016.

_____
NOTARY PUBLIC

Alyssa L Becker
Notary Public
Yuma County, Arizona
My Comm. Expires 03-08-19

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2016, This Motion
In Response to The Defendant's Motion for Dismissal
of The Amended Complaint was Mailed via the U.S. Postal
Office to:

HARTMAN TITUS PLC
Bradley P. Hartman
John D. Titus
7114 E. Stetson Drive, Suite 205
Scottsdale, Arizona 85251-3250
*Attorneys for Defendant*

_____
James Oliver Romine Jr. Pro Se