James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: CV-16-00604-PHX-JJT<br><br><br>MOTION IN FOR EXCEEDING LENGTH OF COMPLAINT AMENDMENT |

**MOTION FOR LEAVE TO EXCEED LENGTH OF MOTION
TO AMEND COMPLAINT**

The Plaintiff respectfully requests that the Court accept exceeded length requirements for [Document 11] filed on April 27th 2016. The Plaintiff will ensure future Motions exceeding length will file for Leave to do so as Rule.

RESPECTFULLY SUBMITTED this 5 day of May 2016

By: _____
James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

1

jromine2445@gmail.com
928-276-1844

Sworn to and subscribed before
me this 5 day of May 2016.

_____
NOTARY PUBLIC

Alyssa L. Becker
Notary Public
Yuma County, Arizona
My Comm. Expires 03-08-19

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2016, This Motion
In Response to The Defendant's Motion for Dismissal
of The Amended Complaint was Mailed via the U.S. Postal
Office to:

HARTMAN TITUS PLC
Bradley P. Hartman
John D. Titus
7114 E. Stetson Drive, Suite 205
Scottsdale, Arizona 85251-3250
*Attorneys for Defendant*

_____
James Oliver Romine Jr. Pro Se

2