NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Oliver Romine, | No. CV-16-00604-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| James Nicholas Stanton, | |
| Defendant. | |

At issue is the Motion to Exceed Page Limit on Defendant's Motion to Dismiss (Doc. 13). Upon review and good cause appearing,

IT IS HEREBY ORDERED granting Defendant's Motion (Doc. 13). Defendant may file his motion to dismiss not to exceed 22 pages.

IT IS FURTHER ORDERED directing the Clerk to file the document lodged at Document 15.

Dated this 10th day of May, 2016.

Honorable John J. Tuchi
United States District Judge