James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: CV-16-00604-PHX-JJT<br><br>**MOTION FOR LEAVE TO FILE AMENDMENT TO MOTION IN RESPONSE TO MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT**<br><br>TRIAL BY JURY: No |

**MOTION FOR LEAVE AMENDMENT TO MOTION IN RESPONSE TO MOTION TO DISMISS PLAINTIFF'S ORIGINAL COMPLAINT**

1. The Plaintiff respectfully requests that the Court accept the lodged document Amendment to Motion in Response to Motion to Dismiss Plaintiff's Original Complaint as it contains further necessary statement of facts regarding the attempted dismissal of validity of The Complaint's counts, case law and Lanham act references proving the validity of the Counts. Content and attachments relating to the case are also included for context and proof of intent. Document is attached as A9.

I, James Oliver Romine Jr, depose and state that the content stated above is true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED this 10 day of May 2016

By: _____
James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367
jromine2445@gmail.com
928-276-1844

Sworn to and subscribed before me this 10 day of May 2016.

_____
NOTARY PUBLIC

ADRIAN AGUILAR
Notary Public - Arizona
Yuma County
My Commission Expires
October 1, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2016, This Motion In Response to The Defendant's Motion for Dismissal of The Original Complaint was Mailed via the U.S. Postal Office to:

HARTMAN TITUS PLC
Bradley P. Hartman
John D. Titus
7114 E. Stetson Drive, Suite 205
Scottsdale, Arizona 85251-3250
*Attorneys for Defendant*

_____
James Oliver Romine Jr. Pro Se

2