Bradley P. Hartman (#017263)
John D. Titus (#012912)
**HARTMAN TITUS** PLC
7114 E. Stetson Drive, Suite 205
Scottsdale, AZ 85251-3250
Phone: (480) 659-0019
Fax: (480) 659-3304
Email: bhartman@hartmantitus.com
       jtitus@hartmantitus.com
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Oliver Romine Jr., | No. 2:16-cv-00604-JJT |
| Plaintiff, | **DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF AMENDED MOTION IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS ORIGINAL COMPLAINT** |
| vs. | |
| James Nicholas Stanton, | |
| Defendant. | |

Defendant James Nicholas Stanton responds in opposition to Plaintiff's *Motion for Leave to File a Supplemental Memorandum in Support of Amended Motion in Response to Defendant's Motion to Dismiss Original Complaint* [Doc. 27].

Plaintiff's motion should be denied because the *Supplemental Memorandum* [Doc 28] is an impermissible sur-reply. Plaintiff merely repeats arguments already made in response to the Motion to Dismiss and cites new cases not within Defendant's reply brief. The motion should be denied.

If the Court is inclined to grant the Motion then Defendant respectfully requests leave to file a response thereto.

. . . .

. . . .

. . . .

RESPECTFULLY SUBMITTED this 31st day of May, 2016.

**HARTMAN TITUS PLC**

By: /s/Bradley P. Hartman
Bradley P. Hartman
John D. Titus
7114 E. Stetson Drive, Suite 205
Scottsdale, Arizona 85251-3250
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2016, I caused the foregoing document to be filed electronically with the Clerk of Court through CM/ECF System for filing and transmittal of Notice to the following CM/ECF registrant:

James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, AZ 85367
jromine2445@gmail.com
*Plaintiff*

/s/ Bradley P. Hartman

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-