James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

FILED ___ LODGE
RECEIVED ___ COPY
JUL 1 1 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____P DEPUTY

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE CIVLR 5.4
(Rule Number/Section)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br>**MOTION IN RESPONSE TO DISMISSAL AND AMENDMENT TO MOTION IN RESPONSE TO DISMISSAL AS AFFIDAVIT OF OPPOSITION** |

## MOTION IN RESPONSE TO DISMISSAL AND AMENDMENT TO MOTION IN RESPONSE TO DISMISSAL AFFIDAVIT OF OPPOSITION

The Plaintiff respectfully requests that The Court accept The Plaintiff's Motion In Response to The Defendant's Motion to Dismiss and The Plaintiff's Amendment to Motion in Response to The Defendant's Motion to Dismiss as The Plaintiff's Opposition to The Defendant's Motion to Dismiss. This is only submitted as the term "Opposition" was not specifically stated in those two documents. The Plaintiff was

1

unaware if this was a required statement and felt it may need to be stated officially. Apologies if this is obvious and unnecessary.

The Plaintiff files this Affidavit in Opposition with these two afore mentioned documents as Opposition and the undersigned requests the Defendant's Motion to Dismiss be denied.

RESPECTFULLY SUBMITTED this 9 day of July 2016

By: _____
James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367
jromine2445@gmail.com
928-276-1844

Sworn to and subscribed before
me this 9 day of July 2016.

_____
NOTARY PUBLIC

Evelyn Garcia
Notary Public
Yuma County, Arizona
My Comm. Expires 10-08-16

## CERTIFICATE OF SERVICE

I hereby certify that on July 9 of 2016, This
MOTION IN RESPONSE TO DISMISSAL AND
AMENDMENT TO MOTION IN
RESPONSE TO DISMISSAL AFFIDAVIT AS
OPPOSITION filed with the US District Court
of Arizona and in doing so HARTMAN TITUS
PLC will be automatically notified via the ECF system:
HARTMAN TITUS PLC
Bradley P. Hartman
John D. Titus
7114 E. Stetson Drive, Suite 205
Scottsdale, Arizona 85251-3250
*Attorneys for Defendant*

_____
James Oliver Romine Jr. Pro Se

2