James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

X FILED ___ LODGED
___ RECEIVED ___ COPY
SEP 27 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br>**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

**MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

The Plaintiff respectfully requests that The Court accept this Motion for Leave to Amended Complaint. Attachment T1 shows where The Plaintiff misquoted the proper code which was believed to be US code. US Code 28 4101 was mistaken for ARS 12-541. The original code was cited from Cornell University's law website. The Plaintiff has just learned of this discrepancy and requests to submit an Amended Complaint in regards. This is the only change requested. If this motion is granted, The Plaintiff will submit the properly edited document in a second motion. The Plaintiff did

not wish to cause excess work for the Clerk of the Court with another copy of the 79 page document if this Motion was denied.

The Plaintiff recently discovered this discrepancy but did not have ECF electronic access the document could have been loaded. Attachment T2 Shows the actual modification being requested on page 6.

RESPECTFULLY SUBMITTED this 26 day of September 2016

By: ______________________

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367
jromine2445@gmail.com
928-276-1844

Sworn to and subscribed before me this 26 day of September 2016.

______________________
NOTARY PUBLIC

Alyssa L Becker
Notary Public
Yuma County, Arizona
My Comm. Expires 03-08-19

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26 of 2016, This MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT filed with the US District Court of Arizona and in doing so HARTMAN TITUS PLC will be automatically notified via the ECF system.

HARTMAN TITUS PLC
Bradley P. Hartman
John D. Titus
7114 E. Stetson Drive, Suite 205
Scottsdale, Arizona 85251-3250
*Attorneys for Defendant*

______________________
James Oliver Romine Jr. Pro Se

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br>**AFFIDAVIT OF VERIFICATION**<br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment T1 through T2 are true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED this 26 day of September 2016

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before me this 26 day of September 2016.

NOTARY PUBLIC

Alyssa L Becker
Notary Public
Yuma County, Arizona
My Comm. Expires 03-08-19

# 28 U.S. Code § 4101 - Definitions

Current through Pub. L. 114-38. (See Public Laws for the current Congress.)

US Code | Notes

prev | next

In this chapter:

**(1) Defamation.—**
The term "defamation" means any action or other proceeding for defamation, libel, slander, or similar claim alleging that forms of speech are false, have caused damage to reputation or emotional distress, have presented any person in a false light, or have resulted in criticism, dishonor, or condemnation of any person.

**(2) Domestic court.—**
The term "domestic court" means a Federal court or a court of any State.

**(3) Foreign court.—**
The term "foreign court" means a court, administrative body, or other tribunal of a foreign country.

**(4) Foreign judgment.—**
The term "foreign judgment" means a final judgment rendered by a foreign court.

**(5) State.—**
The term "State" means each of the several States, the District of Columbia, and any commonwealth, territory, or possession of the United States.

**(6) United states person.**—The term "United States person" means—

**(A)** a United States citizen;

**(B)** an alien lawfully admitted for permanent residence to the United States;

**(C)** an alien lawfully residing in the United States at the time that the speech that is the subject of the foreign defamation action was researched, prepared, or disseminated; or

**(D)** a business entity incorporated in, or with its primary location or place of operation in, the United States.

ATTACHMENT T1

**COMPLAINT**

1. According to ~~ARS 12-541~~, ~~U.S. Code § 4101, and 42 U.S.C. § 1985 section 3~~: When The Defendant falsely accused The Plaintiff and caused damage to reputation, damage to product, loss of product, and causing severe emotional distress to The Plaintiff, The Plaintiff has right to receive restitution for these damages. The statements that have been made on the Internet by The Defendant have resulted in criticism and condemnation by the public towards The Plaintiff. These statements have been made in reckless disregard for duty of care that all United States Persons are legally required to follow. In this Complaint, thejimquisition.com article: ~~http://www.thejimquisition.com/2015/09/digital-homicide-and-the-case-of-the-sockpuppet-developers/~~ http://www.thejimquisition.com/digital-homicide-and-the-case-of-the-sockpuppet-developers/ (Address updated as it has moved what is believed to be automated archiving) where portions of the Libel Per Se occurred will be referred to here forward as The Article. For the purposes of this Complaint, The Defendants twitter feed at https://twitter.com/JimSterling will be referred to as



ATTACHMENT T2