James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

```
X FILED        ___ LODGED
___ RECEIVED   ___ COPY

    OCT 11 2016

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br><br>**REPLY TO OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT/CORRECTION** |

**REPLY TO OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT/CORRECTION**

The Plaintiff respectfully requests this Reply to Opposition to Motion for Leave to File Second Amended Complaint/Correction be accepted as there was an error on strike through on the original document. As stated in the document only US Code 28 § 4101 was meant to be struck through. USC 42 § 1985 was still meant to be intact. The actual requested corrected/amended fix can be seen in Attachment U1.

RESPECTFULLY SUBMITTED this 8 day of October 2016

By: _____
James Oliver Romine Jr. Pro Se

1

12494 Ironwood Dr.
Yuma, Arizona 85367
jromine2445@gmail.com
928-276-1844

Sworn to and subscribed before
me this 8 day of October 2016

_____
NOTARY PUBLIC



## CERTIFICATE OF SERVICE

I hereby certify that on October 8 of 2016, This
REPLY TO OPPOSITION TO MOTION FOR
LEAVE TO FILE SECOND AMENDED
COMPLAINT/CORRECTION filed
with the US District Court of Arizona and in
doing so HARTMAN TITUS PLC will be
automatically notified via the ECF system.

HARTMAN TITUS PLC
Bradley P. Hartman
John D. Titus
7114 E. Stetson Drive, Suite 205
Scottsdale, Arizona 85251-3250
*Attorneys for Defendant*

_____
James Oliver Romine Jr. Pro Se

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br><br>Plaintiff<br><br>v.<br><br>JAMES NICHOLAS STANTON<br><br>Defendant | Case No.: 2:16-cv-00604-JJT<br><br>**AFFIDAVIT OF VERIFICATION**<br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment U1 are true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED this 8 day of October 2016

_____
James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before
me this 8 day of October 2016.

_____
NOTARY PUBLIC

HECTOR FERNANDO CORTES
Notary Public - Arizona
Yuma County
My Commission #328333
Expires December 10, 2017

3

## COMPLAINT

1. According to ARS 12-541, ~~U.S. Code § 4101,~~ and 42 U.S.C. § 1985 section 3: When The Defendant falsely accused The Plaintiff and caused damage to reputation, damage to product, loss of product, and causing severe emotional distress to The Plaintiff, The Plaintiff has right to receive restitution for these damages. The statements that have been made on the Internet by The Defendant have resulted in criticism and condemnation by the public towards The Plaintiff. These statements have been made in reckless disregard for duty of care that all United States Persons are legally required to follow. In this Complaint, thejimquisition.com article: ~~http://www.thejimquisition.com/2015-09/digital-homicide-and-the-case-of-the-sockpuppet-developers/~~ http://www.thejimquisition.com/digital-homicide-and-the-case-of-the-sockpuppet-developers/ (Address updated as it has moved what is believed to be automated archiving) where portions of the Libel Per Se occurred will be referred

ATTACHMENT U1

4