✓ FILED ___ LODGED
___ RECEIVED ___ COPY
FEB 03 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

James Oliver Romine Jr. Pro Se Litigant
12494 Ironwood Dr.
Yuma, Arizona 85367
928-276-1844
jromine2445@gmail.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| JAMES OLIVER ROMINE JR.<br>Plaintiff<br><br>**v.**<br><br>JAMES NICHOLAS STANTON<br>Defendant | Case No.: CV-16-00604-PHX-JJT<br><br>**AFFIDAVIT OF VERIFICATION**<br><br>TRIAL BY JURY: No |

I James Oliver Romine Jr, depose and state that Attachment N1 through N15 are true and correct to the best of my knowledge, information, and belief and in support of the factual allegations contained within The Complaint.

RESPECTFULLY SUBMITTED this Day 2 of February 2017

James Oliver Romine Jr. Pro Se.
12494 Ironwood Dr.
Yuma, Arizona 85367

Sworn to and subscribed before me this 2ndst day of February 2017.

NOTARY PUBLIC

Alyssa L Becker
Notary Public
Yuma County, Arizona
My Comm. Expires 03-08-19



ATTACHMENT N1



output_log.txt (7)

People

[redacted] Thank you for your cooperstion. :-) — 08/20/15 at 2:57 PM

**jessy mattock** Hmm. is this machine running windows 10? Thanks — 08/21/15 at 11:11 AM

[redacted] yes. this is machine with windows 10. --------- Puvodni zpráva --------- Od: jessy mattock <jessymattock@yahoo.com> Komu: Petr Kantar <Petr.Tajne@seznam.cz> Datum: 21. 8. 2015 20:14 — 08/21/15 at 11:55 AM

**jessy mattock** There may be issues with windows 10 tie ins to some graphics cards. Even if you have the latest driver for that video card there may still be some time before those issues are fixed by the a — 08/23/15 at 1:24 PM

[redacted] Hi , Thank you for your effort help to me. I think so trouble is windows 10. I don't want refund, I wait any time, whether be some upgrade for win10. Once again thank you for your effort help — 08/24/15 at 2:39 PM

[redacted] Hi, I have resolution our problem with the game. i run " adviser trouble at compatibility " and choose list the game which don't run in windows 10 , and lower repair problem with compatibilit — 08/27/15 at 9:23 AM

**jessy mattock** <jessymattock@yahoo.com> — 08/27/15 at 5:41 PM
To Petr Kantar

Awesome! thank you much I will post it in the forums right now. Very cool

ATTACHMENT N2



ATTACHMENT N3



ATTACHMENT N4

Home Tools Ask me anything ×

207 / 771 120%

If it's the former, that's solid self-deprecation, 8/10.

4 months ago

11

**What happened to your "Lovely Warriors of Friendship" BOSGT video?**

Due to ongoing harassment if the developer, I received a polite request to take it down, so it's currently private.

With that series, I'm implementing the same policy that Retsupurae had - if I get a reasonable request, and I think the request is fair, I'll take it down.

These are small developers and the series is supposed to be fun as well as critical. Plus I always told off devs like Kobra and Digital Homicide for not reaching out before trying to censor me, so it'd be unfair to ignore those devs who do the decent thing.

4 months ago

10

**Do you ship Frisk/Muffet, Frisk/Papyrus, or Frisk/Sans?**

Why not all?

4 months ago

Find your tools

Create PDF

Edit PDF

Export PDF

Comment

Organize

Enhance

Protect

Fill & Sign

Prepare F

Send for

Send & T

Compare

ATTACHMENT N5



ATTACHMENT N6



ATTACHMENT N7

ATTACHMENT N8



Plague Road - A Rogue

Secure https://www.kickstarter.com/projects/arcadedistillery/plague-road-a-roguelike-turn-based-strategy-game

Campaign Updates Comments Community

Share this project

ABOUT THE TEAM

Arcade Distillery is an independent video game development studio based in New York City

**Conrad Zimmerman - Game Designer**
A writer, critic and commentator on games for nearly a decade, Conrad recently transitioned into development. Prior to *Plague Road*, his work appeared in publications including *Destructoid* and *The Escapist*, and he has contributed writing to upcoming PlayStation 4 game, *Death Tales*.

**Luc Bernard - Combat Designer**
Veteran game designer and artist Luc Bernard has developed numerous titles in the turn-based strategy genre, including the critically praised *Mecho Wars* and *Desert Ashes*. In addition to designing the combat system for *Plague Road*, Luc provides its art direction.

**Jim Sterling - Narrator**
Known best for his work as host of the highly popular *Jimquisition* web series, critic and raconteur Jim Sterling will be providing the voice of the Narrator in *Plague Road*.

Thank God for him.

**David North - Artist**
A digital artist in the games industry since 2008, David North has provided art for games including *Goodgame Empire*, *Desert Ashes* and *SteamPirates*.

**Sean Beeson - Composer**
An award winning composer for games, film, television, and other multimedia, Sean's credits include work on properties such as *Dungeons & Dragons* and *Magic: The Gathering*.

**Sean Reid - Programmer**
A coder with more than ten years of experience developing games, Sean Reid created the Prime Engine used by *Plague Road* and serves as its lead programmer.

5:10 PM 1/30/2017

ATTACHMENT N9



ATTACHMENT N10



stop reading, but you're right - it's uncomfortable stuff.

Can't put the shit down though.

3 months ago

1

**I noticed the LOVELY WARRIORS OF FRIENDSHIP Greenlight Trailer video is now private. Will that video ever be open again or is there some sort of legal problem?**

I was very politely reached out to by family of the dev, notified of continued harassment stemming from the video. Since they didn't automatically reach for a copyright takedown and actually SPOKE to me, I thought it was fair in this case to take the video down.

I've adopted Retsupurae's approach to riffing on content like this. If I receive a request, and I deem the request fair, I'll take it down. It's only fair to do so after I chewed out companies like DigiHom for *not* trying a reasonable approach.

Sadly, some people think my videos give them explicit permission to harass people, despite my continued condemnation. In such cases, the content will inevitably get taken away.

ATTACHMENT N11

ATTACHMENT N12

ATTACHMENT N13

ATTACHMENT N14

# Digital Homicide And The Case Of The Sockpuppet Developers

September 24, 2015 (http://www.thejimquisition.com/digital-homicide-and-the-case-of-the-sockpuppet-developers/) Jim Sterling (http://www.thejimquisition.com/author/jim/) Editorials n' Stuff (http://www.thejimquisition.com/category/editorial/)

Watchers of my YouTube channel (https://www.youtube.com/user/JimSterling) will know that I love to record myself playing random games on Steam. Sometimes I stumble upon a gem, but more than likely I find something awful – the most famous of which was Digital Homicide's *The Slaughtering Grounds (https://www.youtube.com/watch?v=S6s0Wpn1zmU)*. After that company's infamous meltdown and litany of terrible releases, it had gone very quiet for a while.

So quiet, in fact, that when I played *Galactic Hitman* and *Devil's Share*, I had no idea I was playing yet more Digital Homicide games, although their poor quality should have been a surefire clue. This was because both these awful experiences were published by ECC Games... or were they?

See, there *is* an ECC Games, but it's sure as hell not the company publishing crappy first-person shooters to Steam.

(http://www.thejimquisition.com/wp-content/uploads/2015/09/dig4.png)

Digital Homicide's latest shenanigans are confusing and based on several allegations, so I cannot present *everything* in this article as verified fact. However, due to digging around by myself and several users on Steam, we appear to have a pretty clear picture of the company's latest, bizarre get-rich-quick scheme.

We at least can verify the "ECC Games" presenting itself on Steam (which I am going to call Faker-ECC because I like a good *Masters of the Universe* reference) *is* Digital Homicide, thanks to a page (https://archive.is/8EF15) in which *Galactic Hitman* is listed as belonging to the notorious Romino brothers.



(http://www.thejimquisition.com/wp-content/uploads/2015/09/dig.png)

You can watch video footage of *Devil's Share (https://www.youtube.com/watch?v=1x4NWJgBuyQ)* and *Galactic Hitman (https://www.youtube.com/watch?v=lvXTV5F8DTA)* by clicking those prior links – they carry all the classic hallmarks of a Digital Homicide production. The assets are all store-bought, they're both hideous to look at, interactively generic, unfinished, and broken in some significant way. The only difference is the rebranding of the developer – surely a response to the fact that James and Robert Romino know their prior company's name is mud on Steam these days.

It's also worth noting that *Galactic Hitman*'s artwork has been taken from elsewhere, just like the initial art for *The Slaughtering Grounds* was. You can see the original imagery here (http://laslolf.deviantart.com/art/Daddy-D-382624242#_=_), which Faker-ECC may have purchased from Shutterstock. Does DH even *have* a single artist?

[**Note:** Initially I suggested Digital Homicide just took the image from a Deviantart artist without permission, not knowing it was also sold on Shutterstock. The text has been edited to reflect this.]

The story, of course, doesn't end here. Digital Homicide seemingly has a *third* sockpuppet company, Micro Strategic Game Designs. MSGD recently got *Attrition: Nuclear Domination (http://store.steampowered.com/app/392870/)* through Steam Greenlight. It looks terrible – obviously – and was recently removed from the Digital Homicide Complete Pack Bundle (https://steamdb.info/app/392870/history/#_=_), demonstrating its link to the infamous studio.

(http://www.thejimquisition.com/wp-content/uploads/2015/09/dig2.png)

Previously, the studio has been linked to another developer – Bob Middleton – engaging in shady vote-rigging (http://www.thejimquisition.com/2015/08/steam-vote-rigging-and-shady-connections-the-curious-case-of-bob-middleton/) for the game *Clickerton Heroes*. Whether or not Digital Homicide and Middleton are the same entity is yet to be determined, but people have their suspicions.

The Rominos seem to have a vested interest in getting crap past Steam Greenlight. As well as helping two-bit developers trade Steam keys in exchange for Greenlight votes, Digital Homicide has offered support in the past to other developers I've criticized – apparently attempting to form some sort of support group for fragile egos.

Speaking of which, Digital Homicide also appears to be behind a new website, BundleBlitz (http://www.bundleblitz.com/), a code giveaway site with a special interest in Steam Greenlight hopefuls. BundleBlitz heavily featured *Nuclear Attrition* recently, though I'm still looking into a definitive link.

Still, their font of choice sure looks familiar (http://store.steampowered.com/app/329950/).


(http://www.thejimquisition.com/wp-content/uploads/2015/09/dig3.png)

Anyway, it's time to get to the really juicy part. Remember when I said that *Devil's Share* and *Galactic Hitman* were published under the name ECC Games? Well, there actually *is* an ECC Games, and it sure as shit wasn't the company uploading crap games to Steam.

A Polish mobile game company by the name of ECC Games reached out to me via email explaining it has absolutely no link to Digital Homicide, and its claim most certainly seems to check out. Its own website (http://eccgames.com/) features a whole host of mobile games, along with a full-fledged team of Polish developers. It also has a Twitter account (https://twitter.com/eccgames) which, prior to now, has no history of mentioning either *Devil's Share* nor *Galactic Hitman*.

"We would like to inform that we are not designers nor producers of *Galaxy Hitman* nor *Devils Share*, games that have been published on Steam," said ECC producer Dorota Muzynska. "We probably fell victim to a people previously known as Digital Homicide. We have already taken legal actions aimed at ceasing infringement of ECC GAMES rights."


(http://www.thejimquisition.com/wp-content/uploads/2015/09/dig5.png)

When you can name yourself literally *anything* on Steam, it's impossible to know who is a legitimate developer and who isn't, as we've seen with the case of Faker-ECC. Apparently you don't need to prove your company's legitimacy or even *existence*, since it's all based on usernames. Here, we've seen it lead to potential legal trouble for the folks who rebranded and accidentally defamed a completely different studio.

Someone on Twitter asked me how they "got away" with calling themselves ECC Games. The fact is, they didn't have to "get away" with anything, at least not as far as Steam is concerned. Once again, Valve's lack of oversight makes it easy to just call yourself ECC Games, regardless of who is *actually* allowed to trade under that name.

Digital Homicide's official channels have maintained radio silence for months (https://twitter.com/dig_homicide), seeming to operate solely through these sockpuppet companies. Being as sly as the Wet Bandits, however, it hasn't taken long for the Internet to dig up their latest sleazy shenanigans.

At some point, this "studio" is going to have to realize it is neither talented enough to become a producer of good games, nor clever enough to trick us into believing it is.

That's not going to happen today though, and its recent chicanery may lead it into very real legal trouble.

Attachment N15