Bradley P. Hartman (#017263)
John D. Titus (#012912)
**HARTMAN TITUS** PLC
7114 E. Stetson Drive, Suite 205
Scottsdale, AZ  85251-3250
Phone: (480) 659-0019
Fax: (480) 659-3304
Email: bhartman@hartmantitus.com
       jtitus@hartmantitus.com
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Oliver Romine Jr., | No. 2:16-cv-00604-JJT |
| Plaintiff, | |
| vs. | **CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT ONE** |
| James Nicholas Stanton, | |
| Defendant. | |

Defendant James Stanton moves the Court for an order extending his time to respond to Plaintiff's "Amended Complaint One" [Doc. 37] for seven (7) days, to and including February 24, 2017.  The current response deadline is February 17, 2017.

In support of this motion Defendant states that Defendant's attorney and Plaintiff have been in regular contact since February 9, 2017, regarding the allegations of the "Amended Complaint One" and potential resolution of the same. Counsel believes the parties are close to resolving the issues and that if a resolution can be reached it will be reached this week.  If the parties are unable to resolve this matter Defendant will file a response to the "Amended Complaint One" by February 24, 2017.

Undersigned counsel has personally conferred with Plaintiff James Romine regarding this motion and he has given his consent to the requested extension.

A proposed order is submitted herewith.

RESPECTFULLY SUBMITTED this 14th day of February, 2017.

**HARTMAN TITUS PLC**

By: s/ Bradley P. Hartman
Bradley P. Hartman
John D. Titus
7114 E. Stetson Drive, Suite 205
Scottsdale, Arizona 85251-3250
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through CM/ECF System for filing and transmittal of Notice to the following CM/ECF registrant:

James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, AZ 85367
jromine2445@gmail.com
*Plaintiff*


/s/ Bradley P. Hartman

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-