IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Oliver Romine Jr., | No. 2:16-cv-00604-JJT |
| Plaintiff, | |
| vs. | **ORDER** |
| James Nicholas Stanton, | |
| Defendant. | |

The Court, having considered Defendant's Consent Motion for Extension of Time to Respond to Amended Complaint [Doc. 37], and good cause appearing therefor:

IT IS HEREBY ORDERED granting the requested extension to and including February 24, 2017.

-1-