NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Oliver Romine,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>James Nicholas Stanton,<br><br>　　　　　Defendant. | No. CV-16-00604-PHX-JJT<br><br>**ORDER** |

At issue is Defendant's Consent Motion for Extension of Time to Respond to Amended Complaint One (Doc. 39). Upon review and good cause appearing;

IT IS HEREBY ORDERED granting the Consent Motion (Doc. 39). Defendant has until February 24, 2017, to answer or otherwise respond to Plaintiff's Amended Complaint One (Doc. 37).

Dated this 15th day of February, 2017.

　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　United States District Judge