Bradley P. Hartman (#017263)
John D. Titus (#012912)
**HARTMAN TITUS** PLC
7114 E. Stetson Drive, Suite 205
Scottsdale, AZ  85251-3250
Phone: (480) 659-0019
Fax: (480) 659-3304
Email: bhartman@hartmantitus.com
       jtitus@hartmantitus.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Oliver Romine Jr.,<br><br>Plaintiff,<br><br>vs.<br><br>James Nicholas Stanton,<br><br>Defendant. | No. 2:16-cv-00604-JJT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate and agree to the dismissal of all claims in this action, including the claims raised in the Amended Complaint of February 3, 2017, with prejudice with each party to bear its own costs and attorneys' fees.

    Plaintiff agrees to forever refrain from directly or indirectly filing against Defendant any cause of action arising from the same facts or circumstances alleged in the Amended Complaint.  Plaintiff also agrees to refrain from taking action against Defendant's business, such as sending DMCA takedown notices, without first considering whether Defendant is engaged in fair use of a copyright under 17 U.S.C. § 107, as required under federal law and *Lenz v. Universal Music Corp.*, 801 F.3d 1126 (9th Cir. 2015).

. . . .

. . . .

. . . .

. . . .

DATED this 19th day of February, 2017.

**JAMES OLIVER ROMINE JR.**

By: *[signature]*
James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, Arizona 85367
Plaintiff

**HARTMAN TITUS PLC**

By: _____
Bradley P. Hartman
John D. Titus
7114 E. Stetson Drive, Suite 205
Scottsdale, Arizona 85251-3250
Attorneys for Defendant

1  DATED this 20th day of February, 2017.

2                                    **HARTMAN TITUS PLC**

4                           By: /s/ Bradley P. Hartman
5                                Bradley P. Hartman
                                 John D. Titus
6                                7114 E. Stetson Drive, Suite 205
7                                Scottsdale, Arizona 85251-3250
                                 Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through CM/ECF System for filing and transmittal of Notice to the following CM/ECF registrant:

James Oliver Romine Jr.
12494 Ironwood Dr.
Yuma, AZ 85367
jromine2445@gmail.com
*Plaintiff*


/s/ Bradley P. Hartman

-4-