NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Oliver Romine,<br><br>        Plaintiff,<br><br>v.<br><br>James Nicholas Stanton,<br><br>        Defendant. | No. CV-16-00604-PHX-JJT<br><br>**ORDER** |

Upon review of the parties' Stipulation for Dismissal With Prejudice (Doc. 41), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 41). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

Dated this 21st day of February, 2017.

Honorable John J. Tuchi
United States District Judge